# COMPOSITE EXHIBIT A
## FEES OF THE CLERK AND MARSHALL

# COMPOSITE EXHIBIT A-1
## FEES OF THE CLERK

# FEES OF THE CLERK AND MARSHALL

## Fees of the Clerk

| DESCRIPTION OF COSTS | AMOUNT OF COSTS | DATE |
|---|---|---|
| Filing fee for the Request to Appear Pro Hac Vice of Robert Lucic (D.I. 8) | $206.00 | 07/30/2015 |
| Filing fee for the Request to Appear Pro Hac Vice of Brian David Thomas (D.I. 11) | $206.00 | 08/28/2015 |
| Filing Fee for the Motion to Appear Pro Hac Vice of Peter A. Nieves (D.I. 61) | $100.00 | 03/19/2018 |
| Filing Fee for the Motion to Appear Pro Hac Vice of Brian P. Gearing (D.I. 116) | $100.00 | 08/30/2018 |
| Filing Fee for the Motion to Appear Pro Hac Vice of Zachary I. Ruby (D.I. 132) | $100.00 | 09/24/2018 |
| Filing Fee for the Motion to Appear Pro Hac Vice of Ali H.K. Tehrani (D.I. 407) | $100.00 | 04/04/2019 |
| Filing Fee for the Motion to Appear Pro Hac Vice of Michelle Chipetine (D.I. 408) | $100.00 | 04/04/2019 |
|  | **TOTAL: $912.00** |  |

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Thursday, July 30, 2015 3:04 PM
To: Sally L. Brabble
Subject: Pay.gov Payment Confirmation: CASD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Help Desk (ecfhelp@casd.uscourts.gov) at (866) 233-7983.

Application Name: CASD CM ECF
Pay.gov Tracking ID: ▮▮▮▮▮▮▮
Agency Tracking ID: ▮▮▮▮▮▮▮▮B
Transaction Type: Sale
Transaction Date: Jul 30, 2015 3:04:13 PM

Account Holder Name: Robert Lucic
Transaction Amount: $206.00
Billing Address: 1000 Elm Street
Zip/Postal Code: 03101
Country: USA
Card Type: MasterCard
Card Number: ▮▮▮▮▮▮▮▮▮▮▮

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

Your payment has been submitted to Pay.gov and the details are below. If you have any questions ( this payment, please contact the CM/ECF Help Desk (ecfhelp@casd.uscourts.gov) at (866) 233-798:

Application Name: CASD CM ECF
Pay.gov Tracking ID: █████████
Agency Tracking ID: █████████
Transaction Type: Sale
Transaction Date: Aug 28, 2015 2:16:23 PM

Account Holder Name: Robert Lucic
Transaction Amount: $206.00
Billing Address: 1000 Elm Street
City: Manchester
State/Province: NH
Zip/Postal Code: 03101
Country: USA
Card Type: MasterCard

Thanks

Judy

---

Judy Szopa

Senior Accounting Associate

# SHEEHAN PHINNEY

Sheehan Phinney Bass & Green PA
1000 Elm Street, 17th Floor
Manchester, NH 03101
T 603.627.8209
F 603.641-8779
jszopa@sheehan.com
www.sheehan.com

2

*Your payment has been submitted to Pay.gov and the details are below. . any questions or you wish to cancel this payment, please contact Lucien , 748-9136.*

*Application Name: MAD CM ECF*
*Pay.gov Tracking ID:* ▮
*Agency Tracking ID:* ▮
*Transaction Type: Sale*
*Transaction Date: Mar 19, 2018 11:19:18 AM*

*Account Holder Name: Michael Lambert*
*Transaction Amount: $100.00*
*Card Type: MasterCard*

Thanks

Judy

---

Judy Szopa
Senior Accounting Associate

**SHEEHAN PHINNEY**

Sheehan Phinney Bass & Green PA
1000 Elm Street, 17th Floor
Manchester, NH 03101
T 603.627.8209
F 603.641-8779
jszopa@sheehan.com
www.sheehan.com

2

## Robin L. Wilkes

**From:** notification@pay.gov
**Sent:** Thursday, August 30, 2018 3:15 PM
**To:** Robin L. Wilkes
**Subject:** Pay.gov Payment Confirmation: MAD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions o this payment, please contact Lucien Adam at 617-748-9136.

Application Name: MAD CM ECF
Pay.gov Tracking ID: ███████
Agency Tracking ID: ███████
Transaction Type: Sale
Transaction Date: Aug 30, 2018 3:14:56 PM

Account Holder Name: David W McGrath
Transaction Amount: $100.00
Card Type: MasterCard

Thanks
Judy

Judy Szopa
Senior Accounting Associate

## SHEEHAN PHINNEY

Sheehan Phinney Bass & Green PA
1000 Elm Street, 17th Floor
Manchester, NH 03101
T 603.627.8209
F 603.641-8779
jszopa@sheehan.com
www.sheehan.com

2

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Monday, September 24, 2018 12:18 PM |
| To: | Robin L. Wilkes |
| Subject: | Pay.gov Payment Confirmation: MAD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or this payment, please contact Lucien Adam at 617-748-9136.

Application Name: MAD CM ECF
Pay.gov Tracking ID: ███████
Agency Tracking ID: ███████
Transaction Type: Sale
Transaction Date: Sep 24, 2018 12:18:11 PM

Account Holder Name: David W McGrath
Transaction Amount: $100.00
Card Type: MasterCard

*Thanks*

*Judy*

---

*Judy Szopa*

*Senior Accounting Associate*

**SHEEHAN PHINNEY**

Sheehan Phinney Bass & Green PA
1000 Elm Street, 17th Floor
Manchester, NH 03101
T 603.627.8209
F 603.641-8779
jszopa@sheehan.com
www.sheehan.com

2



| 4999 111 | 24114 | $ 200.00 | | 9 | 4/4/19 | 0419LIT | B | USDC MA | |
| 04-05 04-04 | | | | | COURTS/USDC-MA-X-02 | | | | 100.00 |
| 04-05 04-04 | | | | 29 | COURTS/USDC-MA-X-02 | | | | 100.00 |

Your payment has been submitted to Pay.gov and the details are below. any questions or you wish to cancel this payment, please contact Lucien 748-9136.

Application Name: MAD CM ECF
Pay.gov Tracking ID:
Agency Tracking ID:
Transaction Type: Sale
Transaction Date: Apr 4, 2019 12:07:08 PM

Account Holder Name: Robert Lucic
Transaction Amount: $100.00
Card Type: MasterCard

1

## Pay.gov Payment Confirmation: MAD CM ECF



notification@pay.gov
Today, 3:06 PM
Robin L. Wilkes

Inbox

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or y cancel this payment, please contact Lucien Adam at 617-748-9136.

Application Name: MAD CM ECF
Pay.gov Tracking ID: ███████
Agency Tracking ID: ███████
Transaction Type: Sale
Transaction Date: Apr 4, 2019 3:06:14 PM

Account Holder Name: Robert Lucic
Transaction Amount: $100.00
Card Type: MasterCard

Thanks

Judy

---

Judy Szopa
Senior Accounting Associate

## SHEEHAN PHINNEY

Sheehan Phinney Bass & Green PA
1000 Elm Street, 17th Floor
Manchester, NH 03101
T 603.627.8209
F 603.641-8779
jszopa@sheehan.com
www.sheehan.com

# COMPOSITE EXHIBIT A-2
## PROCESS SERVER FEES

## FEES OF THE CLERK AND MARSHALL

### Process Server Fees

| DESCRIPTION OF COSTS | AMOUNT OF COSTS | DATE |
|---|---|---|
| Service and Witness fee | $264.15 | 02/27/2019 |
| Service of Subpoena on Edward J. Wills | $328.00 | 06/17/2019 |
|  | **TOTAL: $592.15** |  |

**Subject:** RE: receipt

| 4999 111 | 10996406 | S | 264.15 | 42271-14978 PAN 20 | 2/27/19 | 0219LIT | F | ✓ BFRM Legal Support |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02-28 02-27 | 85454919058900016705167 | | | BFRM LEGAL SUPPORT SER 213-2918383 CA | | | | 264.15 ✓ |

☐ MARKETING
☐ PROBATE

**DATE:** 2/27/19

**APPROVED BY:** _____

**VENDOR NAME:** BFRM Legal Support Services
(PAYEE / CREDIT CARD DESC)

**FURTHER INFO:** Service of process of subpoena
(DETAIL OF CHARGE IF NEEDED)

**AMOUNT OF CHARGE:** 264.15   witness fee - $129.15  427
                                process server fee - $135.00

**CLIENT/CASE#'S:** 42271-14978

**ATTYS INITIALS:** PAN

**DISB CODE:** _____

1

# INVOICE

**ASAP ILS**
www.legalsolutionasap.com

CROWELL & MORING
P.O. BOX 92947
ANI AYVAZYAN, ACCOUNTS PAYABLE
PASADENA, CA 91109-2947

404 W. 4TH STREET, STE B
SANTA ANA, CA 92701
TELE #714 543-5100
TAX ID #90-0800972

| Invoice No. | Customer No. |
|---|---|
| 31037007 | 31008 |
| **Invc Date** | **Total Due** |
| 6/30/19 | |

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | 31037007 | 6/30/19 | | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/17/19 SPECIAL PROCESS | 31247675 | SPP | CROWELL & MORING<br>3 PARK PLAZA<br>IRVINE          CA 92614<br>Caller: ELIZABETH PETROC<br>Case Number: 118CV10236FDS<br>Documents: SUBPOENA TO TESTIFY DATED 7/10/19<br>Client/Matter: 114300.0000004<br>Pieces/Pages:   13 | EDWARD J. WILLS<br>6155 EL CAMINO REAL<br>CARLSBAD          CA 92009<br><br>Case Title: PALOMAR V MRSI<br><br>Signed by: CLOSE OUT PER CLIENT | Base Chg :   169.00 | 169.00 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE



www.legalsolutionasap.com

| Invoice No. | Customer No. |
|---|---|
| 31037007 | 31008 |
| Invc Date | Total Due |
| 6/30/19 | |

CROWELL & MORING
P.O. BOX 92947
ANI AYVAZYAN, ACCOUNTS PAYABLE
PASADENA, CA 91109-2947

404 W. 4TH STREET, STE B
SANTA ANA, CA 92701
TELE #714 543-5100
TAX ID #90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | 31037007 | 6/30/19 | | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/17/19 | 31247677 | SPP | CROWELL & MORING          EDWARD J WILLS | Base Chg : 159.00 | 159.00 |
| SPECIAL PROCESS | | | 3 PARK PLAZA              2135 SAND CREST WAY | | |
| | | | IRVINE         CA 92614   SAN MARCOS      CA 92078 | | |
| | | | Caller: ELIZABETH PETROC | | |
| | | | Case Number: 118CV10236FDS   Case Title: PALOMAR V MRSI | | |
| | | | Documents: SUBPOENA TO TESTIFY DATED 7/10/19 | | |
| | | | Client/Matter: 114300.0000004    Signed by: CLOSING PER CLIENT | | |
| | | | Pieces/Pages:   13 | | |

Total Charges for Ref. - 114300.0000004:    328.00

Continued

## INVOICE PAYMENT DUE UPON RECEIPT