# EXHIBIT B

## FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THIS CASE

# COMPOSITE EXHIBIT B-1
## HEARING TRANSCRIPTS

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS
NECESSARILY OBTAINED FOR USE IN THIS CASE**

**HEARING TRANSCRIPTS**

| DESCRIPTION OF COSTS | AMOUNT OF COSTS |
|---|---|
| Scheduling Conference Transcript held on March 22, 2018 (Sheehan) | $144.80 |
| Status Conference Transcript held on August 15, 2018 (Sheehan) | $109.00 |
| Hearing Transcript on MRSI's Motion to Compel Production of Documents (D.I. 123) and Palomar's Motion to Compel Full and Complete Responses to Interrog. Nos. 5, 6, 8, and 10 (D.I. 125) held on October 22, 2018 (Crowell) | $38.40 |
| Markman Hearing held on October 23-24, 2018 (Crowell) | $123.30 |
| Original Markman Hearing Transcript held on October 23-24, 2018 (Sheehan) | $352.09 |
| Motion Hearing Transcript held on November 29, 2018 (Sheehan) | $260.15 |
| Motion Hearing Transcript on Palomar's Second Motion to Compel Full and Complete Responses to Interrog. 5, 6, and 10 (D.I. 219) held on December 10, 2018 (Crowell) | $10.80 |
| Motion Hearing Transcript on Palomar's Second Motion to Compel Full and Complete Responses to Interrog. 5, 6, and 10 (D.I. 219) held on December 10, 2018 (Sheehan) | $10.80 |
| Motion Hearing Transcript held on January 31, 2019 (Sheehan) | $310.66 |
| Conference Call Transcript held on February 20, 2019 (Sheehan) | $175.00 |
| Status Conference Transcript held on March 1, 2019 (Crowell) | $20.70 |
| Conference Call Transcript (Sheehan) held on March 11, 2019 | $413.73 |
| Motion Hearing Transcript held on March 25, 2019 (Sheehan) | $94.80 |
| Meet and Confer Transcript held on April 9, 2019 (Sheehan) | $600.40 |
| Motion Hearing Transcript held on May 17, 2019 (Sheehan) | $27.90 |
| Teleconference Transcript held on May 25, 2019 (Sheehan) | $78.98 |
| Telephone Hearing Transcript on deposition of TechMark, Mr. Jacques Coderre held on May 26, 2019 (Crowell) | $36.30 |
| Meet and Confer Transcript held on May 29, 2019 (Sheehan) | $358.88 |
| Status Conference Transcript held on June 13, 2019 (Sheehan) | $135.36 |
| Meeting Transcript held June 19, 2019 (Sheehan) | $245.16 |
| Hearing Transcript held June 22, 2019 (Sheehan) | $56.40 |
| Hearing Transcript held on July 17, 2019 (Sheehan) | $19.80 |
| Hearing Transcript held on September 23, 2019 (Sheehan) | $36.00 |
| Motion Hearing Transcript held on October 1, 2019 (Sheehan) | $352.98 |
| Status Conference Transcript held on October 7, 2019 (Sheehan) | $111.30 |
| Trial Transcripts held on October 16-18, 2019 (Sheehan) | $1,335.84 |
| Motion Hearing Transcript held on December 20, 2019 (Sheehan) | $20.70 |
| Motion Hearing Transcript held on March 9-10, 2020 (Sheehan) | $237.25 |

| | **TOTAL:  $5,717.48** |
|---|---|

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:   00004024

D Denis Aktas, Atty.
Sheehan Phinney Bass Green, PA
255 State Street
Boston, MA 02109

Phone:

**MAKE CHECKS PAYABLE TO:**

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210
Phone:

vaohara@gmail.com

| [x] CRIMINAL | [ ] CIVIL | DATE ORDERED: 04-12-2018 | DATE DELIVERED: 04-15-2018 |
|---|---|---|---|

**Case Style:** 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS, LLC
Scheduling Conference - March 22, 2018

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 17 | 5.45 | 92.65 | | | | | | | 92.65 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 17 | | 51.85 | | | | | | | 51.85 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 144.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $144.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged  and page format  used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:   00004082

**MAKE CHECKS PAYABLE TO:**

Peter A. Nieves, Esq.
Sheehan Phinney Bass Green, PA
255 State Street
Boston, MA 02109

Phone:

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

vaohara@gmail.com

| | | | |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 08-28-2018 | DATE DELIVERED: 08-29-2018 |

Case Style: 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS, LLC
Status Conference - August 15, 2018

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 20 | 5.45 | 109.00 | | | | | | | 109.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | |
| MISC. CHARGES: | |
| TOTAL: | 109.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $109.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

(All previous editions of this form are
cancelled and should be destroyed)

**Bond Court Reporting**

P.O. Box 411
Fairhaven, MA 02719-0411
508.984.7003
judy@bondcourtreporting.com

# INVOICE

**Invoice #:** 5244
**Invoice Date:** 10/30/2018
**Requisition:**
**Requestor:** Kaman Chow
**Docket #:** 18-cv-10236-FDS

**Case: Palomar Technologies vs. MRSI**

**Bill To:**

Crowell & Moring LLP
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071

| Court Date | Delivery | Pages | Rate | Amount |
|---|---|---|---|---|
| 10/22/18 | Copy | 32 | 1.20 | 38.40 |

V #763065

| | |
|---|---|
| **Total** | $38.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $38.40 |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

| | |
|---|---|
| INVOICE NO:  00004115 | |

**MAKE CHECKS PAYABLE TO:**

Peter A. Nieves, Esq.
Sheehan Phinney Bass Green, PA
255 State Street
Boston, MA 02109

Phone:

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

vaohara@gmail.com

| | | |
|---|---|---|
| [X] CRIMINAL   [ ] CIVIL | DATE ORDERED: 10-24-2018 | DATE DELIVERED: 11-05-2018 |

**Case Style:** 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS LLC
Hearing – October 23, 2018 – 28 pages
Markman hearing – October 24, 2018 – 109 pages

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 137 | 2.57 | 352.09 | | | | | | | 352.09 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 352.09 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $352.09 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:  00004116

**MAKE CHECKS PAYABLE TO:**

Brian Paul Gearing, Ph.D.
Crowell Moring
515 South Flower Street
Los Angeles, CA 90071

Phone:

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

*Vendor # 22715*

vaohara@gmail.com

| [X] CRIMINAL | [ ] CIVIL | DATE ORDERED: 11-05-2018 | DATE DELIVERED: 11-05-2018 |

**Case Style:** 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS, LLC
Hearing – October 23, 2018 – 28 pages
Markman Hearing – October 24, 2018 – 109 pages

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | 137 | 0.90 | 123.30 | | | | 123.30 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 123.30 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $123.30 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |

*(All previous editions of this form are cancelled and should be destroyed)*

*√#763420*

## Shuffield, Sherry

| | |
|---|---|
| **From:** | Chow, Kaman |
| **Sent:** | Monday, November 5, 2018 11:55 AM |
| **To:** | Shuffield, Sherry |
| **Subject:** | Check Request for Today |
| **Attachments:** | 00004116.pdf; W-9.pdf |

Hi Sherry,

Could you please cut me out a check of $123.30 made payable to Valerie A. O'Hara today?  This is for the 10/23/2018 and 10/24/2018 hearing transcripts in *the Palomar v. MRSI* matter (CAM: 114300.04).

Thanks,

Kaman

**Kaman Chow**
Senior Paralegal
KChow@crowell.com
Direct: 1.213.443.5585 | Office: 1.213.622.4750

**Crowell & Moring LLP** | www.crowell.com
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071

 Please consider the environment before printing this e-mail

Crowell & Moring LLP
Privileged and Confidential
Attorney-Client Communication
Attorney Work Product

This message contains privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

**United States District Court**
**District of Massachusetts**

Date: 11/21/2018
Invoice Number: 201800069
Re: 1:18-cv-10236-FDS

To:

Robert Ronald Lucic, Esq.
Sheehan Phinney Bass & Green
1000 Elm Street, 17th Floor
Manchester, NH, 03101
Phone: (603) 627-8188
Fax: (603) 627-8121
Email: rlucic@sheehan.com

Make Checks Payable To:

Linda Walsh
Official US Court Reporter
EIN / Tax ID: 45-4643349
John J. Moakley United States Courthouse
1 Courthouse Way, Suite 5-205
Boston, MA, 02210
Email: lwalshsteno@gmail.com

Case Details:

Case Number: 1:18-cv-10236-FDS
Case Title: Palomar Technologies, Inc. vs. MRSI Systems, LLC
Case Description: Motion Hearing
Criminal or Civil: Civil

Proceeding Date: Nov 19, 2018
Courthouse: John J. Moakley Courthouse
Judge Hearing Case: Honorable Marianne B. Bowler

Transcripts:

Date Ordered: Nov 20, 2018
Date Delivered: Nov 21, 2018
Transcripts Requested By: Karen Monn

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 43 | $6.05 | $260.15 |

Total: $260.15

**Amount Due: $260.15**

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate. I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. I am kindly requesting that payment is made within 30 days of receipt of invoice.

*/s/ Linda Walsh*

**United States District Court**
**District of Massachusetts**

Date: 12/12/2018
Invoice Number: 201800085
Re: 1:18-CV-10236-FDS

To:

Zachary Ian Ruby
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC, 20004
**Phone:** (202) 654-6725
**Email:** zruby@crowell.com

Make Checks Payable To:

Linda Walsh
Official US Court Reporter
EIN / Tax ID: 45-4643349
John J. Moakley United States Courthouse
1 Courthouse Way, Suite 5-205
Boston, MA, 02210
**Email:** lwalshsteno@gmail.com

Case Details:

**Case Number:** 1:18-CV-10236-FDS
**Case Title:** Palomar Technologies, Inc. vs. MRSI Systems, LLC
**Case Description:** Motion Hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Dec 10, 2018
**Courthouse:** John J. Moakley Courthouse
**Judge Hearing Case:** Honorable Marianne B. Bowler

Transcripts:

**Date Ordered:** Dec 12, 2018
**Date Delivered:** Dec 12, 2018
**Transcripts Requested By:** Elizabeth Petrocco, Paralegal

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited 1st Copy | 12 | $0.90 | $10.80 |

**Total:** $10.80

**Amount Due:** $10.80

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate. I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. I am kindly requesting that payment is made within 30 days of receipt of invoice.

*/s/ Linda Walsh*

**United States District Court**
**District of Massachusetts**

Date: 12/12/2018
Invoice Number: 201800084
Re: 1:18-CV-10236-FDS

To:

James P. Harris, Esq.
Sheehan Phinney Bass & Green
1000 Elm Street, 17th Floor
Manchester, NH, 03101
Phone: (603) 627-8152
Email: jharris@sheehan.com

Make Checks Payable To:

Linda Walsh
Official US Court Reporter
EIN / Tax ID: 45-4643349
John J. Moakley United States Courthouse
1 Courthouse Way, Suite 5-205
Boston, MA, 02210
Email: lwalshsteno@gmail.com

## Case Details:

Case Number: 1:18-CV-10236-FDS
Case Title: Palomar Technologies, Inc. vs. MRSI Systems, LLC
Case Description: Motion Hearing
Criminal or Civil: Civil

Proceeding Date: Dec 10, 2018
Courthouse: John J. Moakley Courthouse
Judge Hearing Case: Honorable Marianne B. Bowler

## Transcripts:

Date Ordered: Dec 12, 2018
Date Delivered: Dec 12, 2018
Transcripts Requested By: Robin Wilkes, Paralegal

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited 1st Copy | 12 | $0.90 | $10.80 |

Total: $10.80

**Amount Due:** $10.80

## Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate, I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. I am kindly requesting that payment is made within 30 days of receipt of invoice.

*/s/ Linda Walsh*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:   00004153

Robert R. Lucic, Esq.
Sheehan, Phinney, Bass & Green -NH
1000 Elm Street
Manchester, NH 03101

Phone:

**MAKE CHECKS PAYABLE TO:**

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

vaohara@gmail.com

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 01-31-2019 | 02-04-2019 |

Case Style: 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS, LLC.
Motion Hearing - January 31, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 98 | 3.17 | 310.66 | | | | 310.66 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 310.66 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $310.66 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

(All previous editions of this form are
cancelled and should be destroyed)

Connelly Reporting & Video Services, Inc.
32 Gault Rd
Bedford, NH  03110
(603) 472-5745



INVOICE #  3426
DATE  03/06/2019

**BILL TO**
James P. Harris, Esquire
Sheehan, Phinney, Bass +
Green
1000 Elm Street
Manchester, NH  03101

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

TAX ID 30-0198813
dd

| ACTIVITY | AMOUNT |
|---|---|
| Palomar Technologies, Inc. v MRSI Systems, LLC | 175.00 |

Date:  February 20, 2019

Attendance Fee:
8:00 p.m. Conference Call
March 6, 2019  3:00 p.m.  Scheduled Conference Call - No Charge

BALANCE DUE                     $175.00

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE 1ST DISTRICT

*C/M 114300-004*

INVOICE NO:   20192679

**MAKE CHECKS PAYABLE TO:**

Paul Gearing
Crowell & Moring- NY
590 Madison Ave
20th Floor
New York, NY 10022

Phone:   (212) 895-4325

Debra M. Joyce, RMR, CRR → *40469*
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 5204
Boston, MA 02210

Phone:

*√ # 779050*

joycedebra@gmail.com

| | CRIMINAL | X CIVIL | DATE ORDERED: 03-05-2019 | DATE DELIVERED: 03-05-2019 |

**Case Style:** 18-10236-FDS, Palomar Technologies v MRSI Systems
3/1/2019 Transcript of Motion Hearing before Hon. Denise J. Casper

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 23 | 0.90 | 20.70 | | | | 20.70 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 20.70 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | $20.70 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: *Debra M. Joyce* | DATE 03-05-2019 |

*(All previous editions of this form are
cancelled and should be destroyed)*

Connelly Reporting & Video Services, Inc.
32 Gault Rd
Bedford, NH  03110
(603) 472-5745

# Invoice

INVOICE # 3454
DATE  03/15/2019

**BILL TO**
Peter A. Nieves, Esquire
Sheehan Phinney Bass +
Green PA
1000 Elm St FL 17
Manchester, NH  031011730
USA

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

TAX ID 30-0198813
dd

| ACTIVITY | AMOUNT |
| --- | --- |
| Palomar Technologies Inc. v MRSI Systems LLC | 95.00 |
| Date:  March 11, 2019 | |
| Attendance Fee: | |
| EXPEDITED DELIVERY | |
| Original & 1 Copy Conference Call Transcript | |
| emailed on 3-14-19 | |
| Hard Copies via USPS | 318.73 |

BALANCE DUE          **$413.73**

**United States District Court**
**District of Massachusetts**

Date: 04/01/2019
Invoice Number: 201900162
Re: 1:18-cv-10236-FDS

To:

**James P. Harris, Esq.**
**Sheehan Phinney Bass & Green**
1000 Elm Street, 17th Floor
Manchester, NH, 03101
**Phone:** (603) 627-8152
**Email:** jharris@sheehan.com

Make Checks Payable To:

**Linda Walsh**
**Official US Court Reporter**
EIN / Tax ID: 45-4643349
John J. Moakley United States Courthouse
1 Courthouse Way, Suite 5-205
Boston, MA, 02210
**Email:** lwalshsteno@gmail.com

Case Details:

**Case Number:** 1:18-cv-10236-FDS
**Case Title:** Palomar Tecnologies, Inc. vs. MRSI Systems, Inc.
**Case Description:** Motion Hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 25, 2019
**Courthouse:** John J. Moakley Courthouse
**Judge Hearing Case:** Honorable Marianne B. Bowler

Transcripts:

**Date Ordered:** Apr 01, 2019
**Date Delivered:** Apr 01, 2019
**Transcripts Requested By:** Robin Wilkes

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily 1st Copy | 79 | $1.20 | $94.80 |

Total: $94.80

**Amount Due:** $94.80

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate. I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. I am kindly requesting that payment is made within 30 days of receipt of invoice.

*/s/ Linda Walsh*

**United States District Court**
**District of Massachusetts**

Date: 04/10/2019
Invoice Number: 201900184
Re: 1:18-cv-10236-FDS

To:

**Zachary Ian Ruby, Esq.**
**Crowell & Moring LLP**
1001 Pennsylvania Avenue NW
Washington, DC, 20004
**Phone:** (202) 654-6725
**Email:** zruby@crowell.com

Make Checks Payable To:

**Linda Walsh**
**Official US Court Reporter**
EIN / Tax ID: 45-4643349
John J. Moakley United States Courthouse
1 Courthouse Way, Suite 5-205
Boston, MA, 02210
**Email:** lwalshsteno@gmail.com

Case Details:

**Case Number:** 1:18-cv-10236-FDS
**Case Title:** Palomar Technologies, Inc. vs. MRSI Systems, LLC
**Case Description:** Telephone Conference
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 26, 2019
**Courthouse:** John J. Moakley Courthouse
**Judge Hearing Case:** Honorable Marianne B. Bowler

Transcripts:

**Date Ordered:** Apr 10, 2019
**Date Delivered:** Apr 10, 2019
**Transcripts Requested By:** Kaman Chow

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 6 | $6.05 | $36.30 |

**Total:** $36.30

**Amount Due:** $36.30

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate. I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. I am kindly requesting that payment is made within 30 days of receipt of invoice.

*/s/ Linda Walsh*

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | James P. Harris Esq. | | Invoice #: | CS3782569 |
|---|---|---|---|---|
| | Sheehan Phinney Bass + Green, PA | | Invoice Date: | 5/17/2019 |
| | 1000 Elm Street | | Balance Due: | $600.40 |
| | Manchester, NH, 03101 | | Agency #: | 215194 |

| | |
|---|---|
| **Case:** | Palomar v. MRSI |
| **Job #:** | 3377443 \| Job Date: 4/4/2019 \| Delivery: Normal |
| **Billing Atty:** | James P. Harris Esq. |
| **Location:** | ***TELEPHONIC**** |
| | ***TELEPHONIC**** |
| | Manchester, NH |
| **Sched Atty:** | James P. Harris Esq. \| Sheehan Phinney Bass + Green, PA |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Telephonic MEET-AND-CONFER | Original Transcript - Expedited - Medical, Technical or Video | Page | 95.00 | $6.32 | $600.40 |

| | | |
|---|---|---|
| **Notes:** Deposition Time 17:30-19:37 | **Invoice Total:** | $600.40 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $600.40 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3782569 |
| **Job #:** | 3377443 |
| **Invoice Date:** | 5/17/2019 |
| **Balance:** | $600.40 |

84233

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

| INVOICE NO: | 00004217 |
|---|---|

**MAKE CHECKS PAYABLE TO:**

Peter A. Nieves, Esq.
Sheehan, Phinney, Bass & Green -NH
1000 Elm Street
Manchester, NH 03101

Phone:

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

*vaohara@gmail.com*

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 05-22-2019 | DATE DELIVERED: 05-22-2019 |
|---|---|---|---|

**Case Style:** 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS, LLC
Motion Hearing - May 17, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 31 | 0.90 | 27.90 | | | | 27.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 27.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $27.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged  and page format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** James P. Harris Esq.<br>Sheehan Phinney Bass + Green, PA<br>1000 Elm St.<br>Manchester, NH, 03105-1700 | **Invoice #:** CS3800778<br>**Invoice Date:** 6/1/2019<br>**Balance Due:** $78.98 |

| | |
|---|---|
| **Case:** | Palomar v. MRSI |
| **Job #:** | 3402112 | Job Date: 5/24/2019 | Delivery: Expedited |
| **Billing Atty:** | James P. Harris Esq. |
| **Location:** | Dial In Number - (866) 459-4778 |
| | Participant Code - 4382309 |
| | , NY 11501 |
| **Sched Atty:** | James P. Harris Esq. | Sheehan Phinney Bass + Green, PA |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 9.00 | $2.91 | $26.19 |
| Teleconference | Transcript - Expedited Fee | Page | 9.00 | $1.75 | $15.75 |
| | Shipping & Handling | Package | 1.00 | $37.04 | $37.04 |

| Notes: CHUBB 4 DAY EXPEDITE | | |
|---|---|---|
| | **Invoice Total:** | $78.98 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $78.98 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Visa, MasterCard, Discover)

84233

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS3800778 |
|---|---|
| **Job #:** | 3402112 |
| **Invoice Date:** | 6/1/2019 |
| **Balance:** | $78.98 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID:20-3457913



| Bill To: | James P. Harris Esq.<br>Sheehan Phinney Bass + Green, PA<br>1000 Elm St.<br>Manchester, NH, 03105-1700 | Invoice #: | CS3802109 |
|---|---|---|---|
| | | Invoice Date: | 6/10/2019 |
| | | Balance Due: | $358.88 |

| | |
|---|---|
| **Case:** | Palomar v. MRSI |
| **Job #:** | 3405442 \| Job Date: 5/29/2019 \| Delivery: Expedited |
| **Billing Atty:** | James P. Harris Esq. |
| **Location:** | Telephonic Deposition |
| | Dial in: 866-459-4778 \| Pin: 4382309<br>, NY 11501 |
| **Sched Atty:** | \| Sheehan Phinney Bass + Green, PA |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Meet and Confer | Original with 1 Certified Transcript | Page | 61.00 | $2.91 | $177.51 |
| | Transcript - Expedited Fee | Page | 61.00 | $2.33 | $142.13 |
| | Shipping & Handling | Package | 1.00 | $39.24 | $39.24 |

| Notes: | 2 DAY EXPEDITE | | |
|---|---|---|---|
| | | **Invoice Total:** | $358.88 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $358.88 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

84233

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS3802109 |
|---|---|
| Job #: | 3405442 |
| Invoice Date: | 6/10/2019 |
| Balance: | $358.88 |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:  00004233

## MAKE CHECKS PAYABLE TO:

Peter A. Nieves, Esq.
Sheehan, Phinney, Bass & Green -NH
1000 Elm Street
Manchester, NH 03101

Phone:

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

vaohara@gmail.com

| | CRIMINAL | X CIVIL | DATE ORDERED: 06-17-2019 | DATE DELIVERED: 06-21-2019 |

Case Style: 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS, LLC
Status Conference - June 13, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 47 | 2.88 | 135.36 | | | | | | | 135.36 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 135.36 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $135.36 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE:

DATE

(All previous editions of this form are
cancelled and should be destroyed)

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** James P. Harris Esq.<br>Sheehan Phinney Bass + Green, PA<br>1000 Elm St.<br>Manchester, NH, 03105-1700 | **Invoice #:** CS3828591<br>**Invoice Date:** 6/21/2019<br>**Balance Due:** $245.16 |

| | |
|---|---|
| **Case:** | Palomar v. MRSI |
| **Job #:** | 3427633 \| Job Date: 6/19/2019 \| Delivery: Normal |
| **Billing Atty:** | James P. Harris Esq. |
| **Location:** | Reporter will dial in 866-459-4778 |
| | Pin 4382309 |
| | NY, NY 10001 |
| **Sched Atty:** | James P. Harris Esq. \| Sheehan Phinney Bass + Green, PA |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Meeting | Original with 1 Certified Transcript | Page | 66.00 | $3.12 | $205.92 |
| | Shipping & Handling | Package | 1.00 | $39.24 | $39.24 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $245.16 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $245.16 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

84233

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS3828591 |
|---|---|
| **Job #:** | 3427633 |
| **Invoice Date:** | 6/21/2019 |
| **Balance:** | $245.16 |

**United States District Court**
**Massachusetts**

Date: 08/07/2019
Invoice Number: 20190314
Re: Palomar v. MRSI

To:

**James P. Harris**
1000 Elm Street
P.O. Box 3701
Manchester, New Hampshire, 03105
**Phone:** (617) 897-5600
**Email:** jharris@sheehan.com

Make Checks Payable To:

**Joan M. Daly, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 26-0165100
United States District Court
1 Courthouse Way, #5507
Boston, Massachusetts, 02210
**Phone:** (919) 946-4214
**Email:** joanmdaly62@gmail.com

Case Details:

**Case Number:** 18-cv-10236-FDS
**Case Title:** Palomar vs. MRSI
**Case Description:** Transcript of hearing held on 7/17/19.
**Criminal or Civil:** Civil

**Proceeding Date:** Jul 17, 2019
**Courthouse:** Boston
**Judge Hearing Case:** F. Dennis Saylor, IV

Transcripts:

**Date Ordered:** Jul 19, 2019
**Date Delivered:** Aug 05, 2019
**Transcripts Requested By:** James Harris

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Ordinary 1st Copy | 22 | $0.90 | $19.80 |

**Total:** $19.80

**Amount Due:** $19.80

Notes

Payment due immediately upon receipt. Thank you.

*/s/ Joan Daly*

Bond Court Reporting
P.O. Box 411
Fairhaven, MA 02719-0411
508.984.7003
judy@bondcourtreporting.com

# INVOICE

Invoice #:   5463
Invoice Date:  7/24/2019
Requisition:
Requestor:   Robin Wilkes
Docket #:  18-cv-10236-FDS

**Bill To:**
Sheehan Phinney Bass Green, P.A.
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105-3701

Case:  Palomar Technologies v MRSI

| Court Date | Delivery | Pages | Rate | Amount |
|---|---|---|---|---|
| 7/22/19 | Copy | 47 | 1.20 | 56.40 |

| | |
|---|---|
| Total | $56.40 |
| Payments/Credits | $0.00 |
| Balance Due | $56.40 |

Bond Court Reporting
21 Meadowlake Cir N
Lake Placid, FL  33852-7077
508.984.7003
judy@bondcourtreporting.com

# INVOICE

**Bill To:**

Sheehan Phinney Bass Green, P.A.
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105-3701

| | |
|---|---|
| **Invoice #:** | **5493** |
| **Invoice Date:** | **9/27/2019** |
| **Requisition:** | |
| **Requestor:** | **Frances Whitaker** |
| **Docket #:** | **18-cv-10236-FDS** |

**Case:  Palomar Technologies v MRSI**

| Court Date | Delivery | Pages | Rate | Amount |
|---|---|---|---|---|
| 9/23/19 | Copy | 30 | 1.20 | 36.00 |

| | |
|---|---|
| **Total** | $36.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $36.00 |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:   00004290

Peter A. Nieves, Esq.
Sheehan, Phinney, Bass & Green -NH
1000 Elm Street
Manchester, NH 03101

Phone:

**MAKE CHECKS PAYABLE TO:**

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

vaohara@gmail.com

| | CRIMINAL | X CIVIL | DATE ORDERED: 10-01-2019 | DATE DELIVERED: 10-04-2019 |
|---|---|---|---|---|

Case Style:  18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MRSI SYSTEMS, LLC
Motion Hearing - October 1, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 111 | 3.18 | 352.98 | | | | | | | 352.98 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 352.98 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $352.98 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                      DATE

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO. 00004292

Peter A. Nieves, Esq.
Sheehan, Phinney, Bass & Green -NH
1000 Elm Street
Manchester, NH 03101

Phone:

**MAKE CHECKS PAYABLE TO:**

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

vaohara@gmail.com

| | CRIMINAL | X | CIVIL | DATE ORDERED: 10-07-2019 | DATE DELIVERED: 10-08-2019 |

**Case Style:** 18-10236-FDS, PALOMAR TECHNOLOGIES, INC. v MSRI SYSTEMS, LLC
Status Conference - October 7, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|----------|-------|-------|----------|-------|-------|----------|-------|-------|----------|---------|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 35 | 3.18 | 111.30 | | | | | | | 111.30 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 111.30 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $111.30 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE:

DATE:

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:  00004296

Peter A. Nieves, Esq.
Sheehan, Phinney, Bass & Green -NH
1000 Elm Street
Manchester, NH 03101

Phone:

**MAKE CHECKS PAYABLE TO:**

Valerie A. O'Hara

1 Courthouse Way
Suite 3204
Boston, MA 02210

Phone:

vaohara@gmail.com

| | CRIMINAL | X CIVIL | DATE ORDERED 10-16-2019 | DATE DELIVERED 10-19-2019 |

Case Style:  18-10236-FDS, PALOMAR TECHOLOGIES, INC. v MSRI SYSTEMS, LLC
Daily Copy Trial Days 1, 2 and 3 - October 16, 17 and 18, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 368 | 3.63 | 1,335.84 | | | | | | | 1,335.84 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 1,335.84 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,335.84 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE

(All previous editions of this form are
cancelled and should be destroyed)

**TRANSCRIPTION PLUS**
1334 Elm Street
Leominster, MA 01453
(978) 466-9383

*WORK INVOICE*

**TO:**
Sheehan Phinney Bass & Green, PA
ATTN: Frances Whitaker
1000 Elm Street, 17th Floor
Manchester, NH 03101

**DATE:** 12/30/19
**REFERENCE:** Palomar Technologies v.
MRSI Systems
**TERMS:** *Due upon receipt*

| DATE | JOB DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----------------|---------|---------|---------|
| 12/30/19 | Copy - Motion Hearing of December 20, 2019 (23 pages @.90 per page) | $20.70 | | $20.70 |

**PLEASE MAKE CHECK PAYABLE TO:**

Transcription Plus

**THANK YOU!**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

INVOICE NO:   00001897

Frances M. Whitaker
Sheehan Phinney Bass & Green (NH)
1000 Elm Street, 17th Floor
Manchester, NH 03101

Phone:

fwhitaker@sheehan.com

**MAKE CHECKS PAYABLE TO:**
MARIANNE KUSA-RYLL, RDR, CRR

U.S. District Court
595 Main Street Room 514A
Worcester, MA 01608

Phone:   (508) 929-3399
FAX      (508) 929-3397
Tax ID:  04-2838049
justicehill@aol.com

| [ ] CRIMINAL | [X] CIVIL | DATE ORDERED 03-10-2020 | DATE DELIVERED 03-13-2020 |
|---|---|---|---|

Case Style:  18CV10236-FDS, Palomar Technologies, Inc v MRSI Systems, LLC

Expedited 3-day transcripton of motion hearings before Magistrate Judge
Marianne Bowler on 3/9/20, 39 pages; 3/10/20, 34 pages.
Split fee between parties ($6.50 per page/split)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 73 | 3.25 | 237.25 | | | | |
| Daily | | | | | | | | | | 237.25 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

MISC. CHARGES:

#10996340
PAN 1111
CODE 25

| | |
|---|---|
| TOTAL: | 237.25 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $237.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE

| (All previous editions of this form are cancelled and should be destroyed) | DATE 03-13-2020 |
|---|---|

# COMPOSITE EXHIBIT B-2
## DEPOSITION TRANSCRIPTS

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS
NECESSARILY OBTAINED FOR USE IN THIS CASE**

**DEPOSITION TRANSCRIPTS**

| DESCRIPTION OF COSTS | AMOUNT OF COSTS |
|---|---|
| Deposition of Peter Cronin taken on September 26, 2018 (Crowell) | $1,773.97 |
| Deposition of Peter Cronin taken on September 26, 2018 (Sheehan) | $2.031.47 |
| Deposition of Jacques Coderre taken on March 26, 2019 (Crowell) | $2,290.44 |
| Video to the deposition of Jacques Coderre taken on March 26, 2019 (Crowell) | $705.00 |
| Deposition of Mike Chalsen taken on March 28, 2019 (Crowell) | $3,301.28 |
| Video to the Deposition of Mike Chalsen taken on March 28, 2019 (Crowell) | $810.00 |
| Deposition of Daniel Crowley taken on March 29, 2019 (Crowell) | $1,468.33 |
| Video to the Deposition of Daniel Crowley taken on March 29, 2019 (Crowell) | $690.00 |
| Deposition of Daniel Crowley taken on March 29, 2019 (Sheehan) | $1,383.33 |
| Deposition of Terry Kramer taken on April 2, 2019 (Crowell) | $1,770.32 |
| Video to the deposition of Terry Kramer taken on April 2, 2019 (Crowell) | $660.00 |
| Deposition of Michael Gagnon taken on April 3, 2019 (Crowell) | $1,209.68 |
| Video to the deposition of Michael Gagnon taken on April 3, 2019 (Crowell) | $660.00 |
| Deposition of Peter Cronin taken on April 4, 2019 (Crowell) | $2,189.06 |
| Video to the deposition of Peter Cronin taken on April 4, 2019 (Crowell) | $690.00 |
| Deposition of Cyrlac Devasia taken on April 5, 2019 (Crowell) | $1,847.96 |
| Video to the deposition of Cyrlac Devasia taken on April 5, 2019 (Crowell) | $675.00 |
| Deposition of Rodney Brown taken on April 18, 2019 (Crowell) | $1,493.90 |
| Video to the deposition of Rodney Brown taken on April 18, 2019 (Crowell) | $339.50 |
| Deposition of John Brajkovich taken on April 22, 2019 (Crowell) | $3,403.95 |
| Video to the deposition of John Brajkovich taken on April 22, 2019 (Crowell) | $968.00 |
| Deposition of Allan Hass taken on April 23, 2019 (Crowell) | $2,043.45 |
| Video to the deposition of Allan Hass taken on April 23, 2019 | $568.25 |

| DESCRIPTION OF COSTS | AMOUNT OF COSTS |
|---|---|
| Deposition of Daniel Evans taken on April 24, 2019 (Crowell) | $4,806.90 |
| Video to the deposition of Daniel Evans taken on April 24, 2019 (Crowell) | $1,219.50 |
| Deposition of Carl Hempel taken on April 25, 2019 (Crowell) | $4,798.65 |
| Video to the deposition of Carl Hempel taken on April 25, 2019 (Crowell) | $964.25 |
| Deposition of Timothy Hughes taken on April 29, 2019 (Crowell) | $4,388.15 |
| Video to the deposition of Timothy Hughes taken on April 29, 2019 (Crowell) | $889.50 |
| Deposition of Zeger Bok taken on April 30, 2019 (Crowell) | $3,412.25 |
| Video to the deposition of Zeger Bok taken on April 30, 2019 (Crowell) | $889.50 |
| Deposition of Bruce Hueners taken on May 2, 2019 (Crowell) | $2,597.50 |
| Video to the deposition of Bruce Hueners taken on May 2, 2019 (Crowell) | $660.00 |
| Deposition of Jay Smith taken on May, 5, 2019 (Crowell) | $2,035.15 |
| Video to the Deposition of Jay Smith taken on May, 5, 2019 (Crowell) | $572.00 56,791.44 |
| Deposition of Edward Wills taken on July 10,2019 (Crowell) | $2,913.90 |
| Video to the deposition of Edward Wills taken on July 10,2019 (Crowell) | $816.00 |
| Deposition o Steven Kunin taken on August 28, 2019 (Crowell) | $1,419.55 |
| Video to the deposition o Steven Kunin taken on August 28, 2019 (Crowell) | $603.50 |
| Deposition of Robert Louis Stoll taken on August 29, 2019 (Sheehan) | $2,388.90 |
| | TOTAL:  $68,348.09 |

# GREGORY EDWARDS

WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE

WE'RE GROWING, AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS



October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 10/19/2018 | 114607 |

**Bill To**

Sheenan Phinney Bass & Breen, PA
255 State Street
Boston, MA 02109
Attn: Accounts Payable

**Ship To**

Sheenan Phinney Bass & Breen, PA
255 State Street
Boston, MA 02109
Attn: Michael J. Lambert, Esq.

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 092618-MOH | 11/19/2018 | GE | SPBB | E-Mail | Palomar Tech vs. MRSI Systems |

September 26, 2018 - Boston, MA
Deponent: Peter Cronin

Certified deposition copy of Peter Cronin

Scan and OCR copy certified exhibits
Scan and OCR original certified color exhibits

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/hook-up
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits) - Fee Waived

It is a pleasure working with you!

| | |
|---|---|
| **Subtotal** | $2,031.47 |
| **Sales Tax (6.0%)** | $0.00 |
| **Total** | $2,031.47 |

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear
interest at the rate of 1.5 percent per month or the highest rate permitted by law. In the
event Gregory Edwards, LLC utilizes legal counsel to collect any amount due and owing,
GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, all costs
and attorneys' fees incurred by GregoryEdwards, LLC including contingency fees,
regardless of whether formal legal action is filed.

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS

WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE

WE'RE GROWING, AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS



October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 10/19/2018 | 114608 |

| Bill To | Ship To |
|---------|---------|
| Crowell & Moring, LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004-2595<br>Attn: Accounts Payable | Crowell & Moring, LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004-2595<br>Attn: Brian Paul Gearing, Ph.D., Esq. |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 092618-MOH | 11/19/2018 | GE | CM001 | E-Mail | Palomar Tech vs. MRSI Systems |

September 26, 2018 - Boston, MA
Deponent: Peter Cronin

Certified deposition copy of Peter Cronin

Scan and OCR copy certified exhibits.
Scan and OCR copy certified color exhibits

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript
Rough ASCII provided

Secure GE cloud server access (transcripts/exhibits) - Fee Waived

### It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In the event Gregory Edwards, LLC utilizes legal counsel to collect any amount due and owing, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, all costs and attorneys' fees incurred by GregoryEdwards, LLC including contingency fees, regardless of whether formal legal action is filed.

| | |
|---|---|
| **Subtotal** | $1,773.97 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $1,773.97 |

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Fashon C. Brandon <fbrandon@gregoryedwards.com> |
| **Sent:** | Monday, March 25, 2019 9:46 AM |
| **To:** | capture.crowell@chromefile.com |
| **Subject:** | Past Due Court Reporting Invoice |
| **Attachments:** | Invoice #114608.pdf |

**Importance:**        High

Once you have had a chance to review please let me know when payment will be made.  I look forward to hearing back from you on this matter.

Thank you for your support and I hope you have a good day!

Best Regards,
Fashon Brandon

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

**Fashon Brandon**
**Finance Department**
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

***Worldwide Court Reporting | Global Reach Without Compromise***
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚ Suburban Maryland ~ New York City ~ ✚ Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚ Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌿 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS



WORLDWIDE COURT REPORTING ✦ GLOBAL REACH WITHOUT COMPROMISE

WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 115908 |

**Bill To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 032619-TPH | 5/10/2019 | GE | CM001 | E-Mail | 114300.0000004 |

March 26, 2019 – Boston, MA
Deponent: Jacques Coderre

Certified deposition copy of Jacques Coderre
[Five business day expedite]

Scan and OCR copy certified exhibits
Scan and OCR copy certified color exhibits
Hyperlink exhibits with transcript

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/hook-up
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

**It is a pleasure working with you!**

| | |
|---|---|
| **Subtotal** | $2,290.44 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $2,290.44 |

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ✦ HYATTSVILLE ✦ RICHMOND ✦ SAN FRANCISCO ✦ PALO ALTO ✦ NEW YORK ✦ HONG KONG ✦ AUSTIN ✦ DENVER ✦ LOS ANGELES ✦ LONDON

SCHEDULE@GREGORYEDWARDS.COM ✦ 844 4 TEAM GE ✦ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Wednesday, April 10, 2019 1:25 PM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115908.pdf; Invoice #115909.pdf; Invoice #115904.pdf; Invoice #115905.pdf; Invoice #115914.pdf; Invoice #115915.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: ***Palomar Technologies, Inc., vs. MRSI Systems, LLC.*** Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

***Worldwide Court Reporting | Global Reach Without Compromise***

Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE: This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🔉 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 115909 |

**Bill To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 032619-TPH | 5/10/2019 | GE | CM001 | Federal Express | 114300.0000004 |

March 26, 2019 – Boston, MA
Deponent: Jacques Coderre
Video Services

Full day of deposition mpegs
English language video synchronization (per video hour)

Create master USB

### It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $705.00 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $705.00 |

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Wednesday, April 10, 2019 1:25 PM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115908.pdf; Invoice #115909.pdf; Invoice #115904.pdf; Invoice #115905.pdf; Invoice #115914.pdf; Invoice #115915.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: ***Palomar Technologies, Inc., vs. MRSI Systems, LLC.*** Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*



Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

---

***Worldwide Court Reporting | Global Reach Without Compromise***

Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌱 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS

WORLDWIDE COURT REPORTING ⊕ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 115904 |

| Bill To | Ship To |
|---------|---------|
| Crowell & Moring, LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544<br>Attn: Accounts Payable | Crowell & Moring, LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544<br>Attn: Ms. April Marconi |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 032819-KTH | 5/10/2019 | GE | CM001 | E-Mail | 114300.0000004 |

March 28, 2019 – Boston, MA
Deponent: Mike Chalsen

Certified deposition copy of Mike Chalsen
[Five business day expedite]

Scan and OCR copy certified exhibits
Scan and OCR copy certified color exhibits
Hyperlink exhibits with transcript

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/hook-up
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

**It is a pleasure working with you!**

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $3,301.28 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $3,301.28 |

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊕ HYATTSVILLE ⊕ RICHMOND ⊕ SAN FRANCISCO ⊕ PALO ALTO ⊕ NEW YORK ⊕ HONG KONG ⊕ AUSTIN ⊕ DENVER ⊕ LOS ANGELES ⊕ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊕ 844 4 TEAM GE ⊕ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Wednesday, April 10, 2019 1:25 PM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115908.pdf; Invoice #115909.pdf; Invoice #115904.pdf; Invoice #115905.pdf; Invoice #115914.pdf; Invoice #115915.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: **_Palomar Technologies, Inc., vs. MRSI Systems, LLC._** Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

*Worldwide Court Reporting | Global Reach Without Compromise*
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚ Suburban Maryland ~ New York City ~ ✚ Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚ Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
**Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|---|---|
| 4/10/2019 | 115905 |

**Bill To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|---|---|---|---|---|---|
| 032819-KTH | 5/10/2019 | GE | CM001 | Federal Express | 114300.0000004 |

March 28, 2019 – Boston, MA
Deponent: Mike Chalsen
Video Services

Full day of deposition mpegs
English language video synchronization (per video hour)

Create master USB

**It is a pleasure working with you!**

| | |
|---|---|
| **Subtotal** | $810.00 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $810.00 |

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

**From:**           Finance <finance@gregoryedwards.com>
**Sent:**           Wednesday, April 10, 2019 1:25 PM
**To:**             AMarconi@Crowell.com
**Cc:**             capture.crowell@chromefile.com
**Subject:**        Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC.
**Attachments:**    Invoice #115908.pdf; Invoice #115909.pdf; Invoice #115904.pdf; Invoice #115905.pdf; Invoice #115914.pdf; Invoice #115915.pdf

**Importance:**     High

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: _**Palomar Technologies, Inc., vs. MRSI Systems, LLC.**_ Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

_OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785_

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com _(click me, I'm new ☺)_

_**Worldwide Court Reporting | Global Reach Without Compromise**_
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

_CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy._
🐾 **Think Green - Please consider the environment before printing this email.**



WE'RE GROWING, AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS



October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 115913 |

EIN: 52-2360813

**Bill To**

Sheenan Phinney Bass & Breen, PA
255 State Street
Boston, MA 02109
Attn: Accounts Payable

**Ship To**

Sheenan Phinney Bass & Breen, PA
255 State Street
Boston, MA 02109
Attn: Peter A. Nieves, Esq.

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 032919-MOH | 5/10/2019 | GE | SPBB | E-Mail | Palomar Tech vs. MRSI Systems |

March 29, 2019 - Boston, MA
Deponent: Daniel Crowley

Certified deposition copy of Daniel Crowley
[Five business day expedite]

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/hook-up
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $1,383.33 |
| **Sales Tax (6.0%)** | $0.00 |
| **Total** | $1,383.33 |

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC • HYATTSVILLE • RICHMOND • SAN FRANCISCO • PALO ALTO • NEW YORK • HONG KONG • AUSTIN • DENVER • LOS ANGELES • LONDON
SCHEDULE@GREGORYEDWARDS.COM • 844 4 TEAM GE • FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊛ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 115914 |

**Bill To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 032919-MOH | 5/10/2019 | GE | CM001 | E-Mail | 114300.0000004 |

March 29, 2019 – Boston, MA
Deponent: Daniel Crowley

Certified deposition copy of Daniel Crowley
[Five business day expedite]

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/hook-up
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

It is a pleasure working with you!

| | |
|---|---|
| **Subtotal** | $1,468.33 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $1,468.33 |

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊛ HYATTSVILLE ⊛ RICHMOND ⊛ SAN FRANCISCO ⊛ PALO ALTO ⊛ NEW YORK ⊛ HONG KONG ⊛ AUSTIN ⊛ DENVER ⊛ LOS ANGELES ⊛ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊛ 844 4 TEAM GE ⊛ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Wednesday, April 10, 2019 1:25 PM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115908.pdf; Invoice #115909.pdf; Invoice #115904.pdf; Invoice #115905.pdf; Invoice #115914.pdf; Invoice #115915.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: **_Palomar Technologies, Inc., vs. MRSI Systems, LLC._** Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

*Worldwide Court Reporting | Global Reach Without Compromise*
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center) ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE: This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌱 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS



WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE

WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/10/2019 | 115915 |

**Bill To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 032919-MOH | 5/10/2019 | GE | CM001 | Federal Express | 114300.0000004 |

March 29, 2019 – Boston, MA
Deponent: Daniel Crowley
Video Services

Full day of deposition mpegs
English language video synchronization (per video hour)

Create master USB

**It is a pleasure working with you!**

| | |
|---|---|
| **Subtotal** | $690.00 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $690.00 |

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Wednesday, April 10, 2019 1:25 PM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115908.pdf; Invoice #115909.pdf; Invoice #115904.pdf; Invoice #115905.pdf; Invoice #115914.pdf; Invoice #115915.pdf |

**Importance:**  High

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: **_Palomar Technologies, Inc., vs. MRSI Systems, LLC._** Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

*Worldwide Court Reporting | Global Reach Without Compromise*

Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🐜 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊛ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115944 |

**Bill To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 040219-TAH | 5/15/2019 | GE | CM001 | E-Mail | 114300.0000004 |

April 2, 2019 - Washington, DC
Deponent: Terry Kramer

Certified deposition copy of Terry Kramer
[Five business day expedite]

Scan and OCR copy certified exhibits
Hyperlink exhibits with transcript

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/ two hook-ups
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

### It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $1,770.32 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $1,770.32 |

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊛ HYATTSVILLE ⊛ RICHMOND ⊛ SAN FRANCISCO ⊛ PALO ALTO ⊛ NEW YORK ⊛ HONG KONG ⊛ AUSTIN ⊛ DENVER ⊛ LOS ANGELES ⊛ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊛ 844 4 TEAM GE ⊛ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: _**Palomar Technologies, Inc., vs. MRSI Systems, LLC.**_ Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

---

***Worldwide Court Reporting | Global Reach Without Compromise***
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE: This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌱 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115945 |

**Bill To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 040219-TAH | 5/15/2019 | GE | CM001 | Federal Express | 114300.0000004 |

April 2, 2019 - Washington, DC
Deponent: Terry Kramer
Video Services

Full day of deposition mpegs
English language video synchronization (per video hour)

Create master USB

### It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $660.00 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $660.00 |

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: *Palomar Technologies, Inc., vs. MRSI Systems, LLC.* Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

*Worldwide Court Reporting | Global Reach Without Compromise*
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE: This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌴 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115948 |

| Bill To | Ship To |
|---------|---------|
| Crowell & Moring, LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544<br>Attn:  Accounts Payable | Crowell & Moring, LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544<br>Attn: Ms. April Marconi |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 040319-MOH | 5/15/2019 | GE | CM001 | E-Mail | 114300.0000004 |

April 3, 2019 - Boston, MA
Deponent: Michael Gagnon

Certified deposition copy of  Michael Gagnon
[Five business day expedite]

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/ two hook-ups
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

### It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $1,209.68 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,209.68 |

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

**Importance:**          High

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: *Palomar Technologies, Inc., vs. MRSI Systems, LLC.* Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

  GREGORY EDWARDS LLC
WORLDWIDE COURT REPORTING

Finance Department
t: 202-347-9300
e: fbrandon@gregoryedwards.com
w: www.GregoryEdwards.com *(click me, I'm new ☺)*

*Worldwide Court Reporting | Global Reach Without Compromise*
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE: This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌱 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115949 |

**Bill To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 040319-TAH | 5/15/2019 | GE | CM001 | Federal Express | 114300.0000004 |

April 3, 2019 - Boston, MA
Deponent: Michael Gagnon
Video Services

Full day of deposition mpegs
English language video synchronization (per video hour)

Create master USB

**It is a pleasure working with you!**

| | |
|---|---|
| **Subtotal** | $660.00 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $660.00 |

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

**Importance:**      High

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: _**Palomar Technologies, Inc., vs. MRSI Systems, LLC.**_ Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

_**OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785**_

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com _(click me, I'm new ☺)_

_**Worldwide Court Reporting | Global Reach Without Compromise**_
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

_CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy._
🍃 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ☉ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115952 |

**Bill To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Accounts Payable

**Ship To**
Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 040419-MOH | 5/15/2019 | GE | CM001 | Federal Express | 114300.0000004 |

April 4, 2019 - Boston, MA
Deponent: Peter Cronin

Certified deposition copy of  Peter Cronin
[Five business day expedite]

Scan and OCR original certified exhibits.
Hyperlink exhibits with transcript

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/ two hook-ups
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

*It is a pleasure working with you!*

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $2,189.06 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $2,189.06 |

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ☉ HYATTSVILLE ☉ RICHMOND ☉ SAN FRANCISCO ☉ PALO ALTO ☉ NEW YORK ☉ HONG KONG ☉ AUSTIN ☉ DENVER ☉ LOS ANGELES ☉ LONDON
SCHEDULE@GREGORYEDWARDS.COM ☉ 844 4 TEAM GE ☉ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: **_Palomar Technologies, Inc., vs. MRSI Systems, LLC._** Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

---

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

---

*Worldwide Court Reporting | Global Reach Without Compromise*
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE: This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌿 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS

WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115953 |

**Bill To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn:  Accounts Payable

**Ship To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|-----------|----------|-----|-----------|-----------|-----------------------------------|
| 040419-MOH | 5/15/2019 | GE | CM001 | Federal Express | 114300.0000004 |

April 4, 2019 - Boston, MA
Deponent: Peter Cronin
Video Services

Full day of deposition mpegs
English language video synchronization (per video hour)

Create master USB

### It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $690.00 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $690.00 |

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: _**Palomar Technologies, Inc., vs. MRSI Systems, LLC.**_ Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

*Worldwide Court Reporting | Global Reach Without Compromise*
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✛Suburban Maryland ~ New York City ~ ✛Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✛Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✛ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🐾 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
## WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

# INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115940 |

**Bill To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn:  Accounts Payable

**Ship To**

Crowell & Moring, LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2544
Attn: Ms. April Marconi

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 040519-MOH | 5/15/2019 | GE | CM001 | Federal Express | 114300.0000004 |

April 5, 2019 - Boston, MA
Deponent: Cyriac Devasia

Certified deposition copy of Cyriac Devasia
[Five business day expedite]

Provide PTX, LEF, TXT and PDF transcript files
Provide minuscript

Rough ASCII provided
Real-time connection/ two hook-ups
Real-time configured loaner laptop (iPad)

Secure GE cloud server access (transcripts/exhibits)

### It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $1,847.96 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $1,847.96 |

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

**Importance:**      High

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: *Palomar Technologies, Inc., vs. MRSI Systems, LLC.* Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS LLC**
WORLDWIDE COURT REPORTING

Finance Department
**t:** 202-347-9300
**e:** fbrandon@gregoryedwards.com
**w:** www.GregoryEdwards.com *(click me, I'm new ☺)*

*Worldwide Court Reporting | Global Reach Without Compromise*
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚ Suburban Maryland ~ New York City ~ ✚ Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚ Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE:  This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🐝 **Think Green - Please consider the environment before printing this email.**

# GREGORY EDWARDS
Worldwide Court Reporting ⊙ Global Reach Without Compromise



WE'RE GROWING AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/15/2019 | 115941 |

| Bill To | Ship To |
|---------|---------|
| Crowell & Moring, LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544<br>Attn: Accounts Payable | Crowell & Moring, LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544<br>Attn: Ms. April Marconi |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 040519-MOH | 5/15/2019 | GE | CM001 | Federal Express | 114300.0000004 |

April 5, 2019 - Boston, MA
Deponent: Cyriac Devasia
Video Services

Full day of deposition mpegs
English language video synchronization (per video hour)

Create master USB

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $675.00 |
| **Sales Tax (5.75%)** | $0.00 |
| **Total** | $675.00 |

October 2018 New Remittance Address • 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

Washington, DC ⊙ Hyattsville ⊙ Richmond ⊙ San Francisco ⊙ Palo Alto ⊙ New York ⊙ Hong Kong ⊙ Austin ⊙ Denver ⊙ Los Angeles ⊙ London
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

| | |
|---|---|
| **From:** | Finance <finance@gregoryedwards.com> |
| **Sent:** | Monday, April 15, 2019 8:20 AM |
| **To:** | AMarconi@Crowell.com |
| **Cc:** | capture.crowell@chromefile.com |
| **Subject:** | Corresponding invoices in the matter of: Palomar Technologies, Inc., vs. MRSI Systems, LLC. |
| **Attachments:** | Invoice #115944.pdf; Invoice #115945.pdf; Invoice #115948.pdf; Invoice #115949.pdf; Invoice #115952.pdf; Invoice #115953.pdf; Invoice #115940.pdf; Invoice #115941.pdf |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon Ms. Marconi,

Attached are the corresponding invoices in the matter of: *Palomar Technologies, Inc., vs. MRSI Systems, LLC.* Please remit payment at your earliest convenience. Should you have any questions or concerns, please do not hesitate to respond to this email or call our office.

Please note that paying by credit card there will be a 4% processing fee added.

Thank you for your support and I hope you have a good day!

*OCTOBER 2018 NEW REMITTANCE ADDRESS: 4301 GARDEN CITY DRIVE · SUITE 420 · HYATTSVILLE, MD 20785*

 **GREGORY EDWARDS** LLC
WORLDWIDE COURT REPORTING

Finance Department
t: 202-347-9300
e: fbrandon@gregoryedwards.com
w: www.GregoryEdwards.com *(click me, I'm new ☺)*

***Worldwide Court Reporting | Global Reach Without Compromise***
Palo Alto/San Francisco, CA ~ Denver, CO ~ ✚Suburban Maryland ~ New York City ~ ✚Richmond, VA ~ Hong Kong
Los Angeles, CA ~ ✚Houston, TX ~ London ~ Washington, DC (home to the USITC Conference Center)  ✚ 2018 and 2019 additions

*CONFIDENTIALITY NOTICE: This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.*
🌿 **Think Green - Please consider the environment before printing this email.**



# INVOICE

**DATE:** 4/25/2019
**INVOICE #** 806129
**JOB #** 159121

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Rodney F. Brown
**DATE:** 4/18/2019
**LOCATION:** San Diego, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 106 | $3.90 | $413.40 |
| Original Transcript - 3 Day Delivery | 106 | $3.15 | $333.90 |
| Local Real-time Transcription | 106 | $1.20 | $127.20 |
| Rough Transcript | 106 | $1.20 | $127.20 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 186 | $0.20 | $37.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 11 | $2.50 | $27.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,466.40 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $1,493.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Anais Gentile <agentile@tsgreporting.com> |
| **Sent:** | Friday, May 3, 2019 8:27 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell418.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV418.pdf |

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
mrixon@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 4/25/2019
**INVOICE #** 806130
**JOB #** 159121

Worldwide • 24 Hours
(877) 702-9580
www.tsgreporting.com

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Rodney F. Brown
**DATE:** 4/18/2019
**LOCATION:** San Diego, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 1.5 | $88.00 | $132.00 |
| Videosynch / Tape - Complimentary | 2 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $312.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $339.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Anais Gentile <agentile@tsgreporting.com> |
| **Sent:** | Friday, May 3, 2019 8:27 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell418.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV418.pdf |

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
mrixon@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 4/30/2019
**INVOICE #** 806318
**JOB #** 159122

| Bill To: | Crowell & Moring Accounts Payable<br>PO Box 92947<br>Pasadena, CA 91109-2947 | Ship To: | Kaman Chow<br>Crowell & Moring LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071 |
|---|---|---|---|

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | John Brajkovich |
| **DATE:** | 4/22/2019 |
| **LOCATION:** | San Francisco, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 287 | $3.90 | $1,119.30 |
| Original Transcript - 3 Day Delivery | 287 | $3.15 | $904.05 |
| Original Transcript - Evening Pages | 39 | $2.00 | $78.00 |
| Local Real-time Transcription (2) | 574 | $1.20 | $688.80 |
| Rough Transcript | 287 | $1.20 | $344.40 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Reporter Appearance Fee / Add'l Evening Hour - Videotaped | 1 | $75.00 | $75.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 197 | $0.20 | $39.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,348.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,403.95 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Anais Gentile <agentile@tsgreporting.com> |
| **Sent:** | Friday, May 3, 2019 8:27 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell418.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV418.pdf |

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
mrixon@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 4/30/2019
**INVOICE #** 806319
**JOB #** 159122

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | John Brajkovich |
| **DATE:** | 4/22/2019 |
| **LOCATION:** | San Francisco, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 7 | $88.00 | $616.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $132.00 | $132.00 |
| Videosynch / Tape - Complimentary | 6 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | **SUBTOTAL** | $928.00 |
| | | **SHIPPING & HANDLING** | $40.00 |
| | | **TOTAL** | $968.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Anais Gentile <agentile@tsgreporting.com> |
| **Sent:** | Friday, May 3, 2019 8:27 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell418.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV418.pdf |

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
mrixon@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 4/30/2019
**INVOICE #** 665559
**JOB #** 159123

**Bill To:** Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:** Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Allan Hass
**DATE:** 4/23/2019
**LOCATION:** Irvine, CA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 148 | $3.90 | $577.20 |
| Original Transcript - 3 Day Delivery | 148 | $3.15 | $466.20 |
| Local Real-time Transcription | 148 | $1.20 | $177.60 |
| Rough Transcript | 148 | $1.20 | $177.60 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 793 | $0.20 | $158.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Add'l Equipment - Laptop / Ipad | 2 | $135.00 | $270.00 |
| | | SUBTOTAL | $1,927.20 |
| | | SHIPPING & HANDLING | $116.25 |
| | | TOTAL | $2,043.45 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**         Endri Plaka <EPlaka@tsgreporting.com>
**Sent:**         Thursday, May 2, 2019 11:47 AM
**To:**           'capture.crowell@chromefile.com'
**Subject:**      TSG Invoices
**Attachments:**  665559.pdf; 665560.pdf; 665594.pdf; 665595.pdf

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 4/30/2019
**INVOICE #** 665560
**JOB #** 159123

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:**        Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:**     Allan Hass
**DATE:**        4/23/2019
**LOCATION:**    Irvine, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer – Additional Hours | 4 | $88.00 | $352.00 |
| Videosynch / Tape - Complimentary | 2 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $532.00 |
| | | SHIPPING & HANDLING | $36.25 |
| | | TOTAL | $568.25 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**          Endri Plaka <EPlaka@tsgreporting.com>
**Sent:**          Thursday, May 2, 2019 11:47 AM
**To:**            'capture.crowell@chromefile.com'
**Subject:**       TSG Invoices
**Attachments:**   665559.pdf; 665560.pdf; 665594.pdf; 665595.pdf

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



**INVOICE**

DATE: 5/2/2019
INVOICE # 665594
JOB # 159124

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Daniel Evans
**DATE:** 4/24/2019
**LOCATION:** Irvine, CA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period. Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 350 | $3.90 | $1,365.00 |
| Original Transcript - 3 Day Delivery | 350 | $3.15 | $1,102.50 |
| Original Transcript - Evening Pages | 112 | $2.00 | $224.00 |
| Local Real-time Transcription | 350 | $1.20 | $420.00 |
| Rough Transcript | 350 | $1.20 | $420.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Reporter Appearance Fee / Add'l Evening Hour - Videotaped | 3 | $75.00 | $225.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 27 | $0.20 | $5.40 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 161 | $2.50 | $402.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Add'l Equipment - Laptop / Ipad | 3 | $135.00 | $405.00 |
| | | SUBTOTAL | $4,669.40 |
| | | SHIPPING & HANDLING | $137.50 |
| | | TOTAL | $4,806.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Thursday, May 2, 2019 11:47 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | 665559.pdf; 665560.pdf; 665594.pdf; 665595.pdf |

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 5/2/2019
**INVOICE #** 665595
**JOB #** 159124

| Bill To: | Crowell & Moring Accounts Payable<br>PO Box 92947<br>Pasadena, CA 91109-2947 | Ship To: | Kaman Chow<br>Crowell & Moring LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071 |
|---|---|---|---|

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Daniel Evans |
| **DATE:** | 4/24/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 7 | $88.00 | $616.00 |
| Videographer - Add'l Hours - Evening Rate | 3 | $132.00 | $396.00 |
| Videosynch / Tape - Complimentary | 4 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,192.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $1,219.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**          Endri Plaka <EPlaka@tsgreporting.com>
**Sent:**          Thursday, May 2, 2019 11:47 AM
**To:**            'capture.crowell@chromefile.com'
**Subject:**       TSG Invoices
**Attachments:**   665559.pdf; 665560.pdf; 665594.pdf; 665595.pdf

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*** For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above***



# INVOICE

**DATE:** 5/3/2019
**INVOICE #** 665617
**JOB #** 159125

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Carl Hempel (30B6: Palomar Technologies, Inc.)
**DATE:** 4/25/2019
**LOCATION:** Irvine, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 352 | $3.90 | $1,372.80 |
| Original Transcript - 3 Day Delivery | 352 | $3.15 | $1,108.80 |
| Original Transcript - Evening Pages | 40 | $2.00 | $80.00 |
| Local Real-time Transcription (2) | 704 | $1.20 | $844.80 |
| Rough Transcript | 352 | $1.20 | $422.40 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Reporter Appearance Fee / Add'l Evening Hour - Videotaped | 1 | $75.00 | $75.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 393 | $0.20 | $78.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 56 | $2.50 | $140.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Add'l Equipment - Laptop / Ipad | 4 | $135.00 | $540.00 |
| | | SUBTOTAL | $4,762.40 |
| | | SHIPPING & HANDLING | $36.25 |
| | | TOTAL | $4,798.65 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**          Endri Plaka <EPlaka@tsgreporting.com>
**Sent:**          Friday, May 3, 2019 6:15 AM
**To:**            'capture.crowell@chromefile.com'
**Subject:**       TSG Invoices
**Attachments:**   Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar
                   Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for*
*immediate assistance at the phone number above\*\*\**



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 5/3/2019
**INVOICE #** 665618
**JOB #** 159125

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Carl Hempel (30B6: Palomar Technologies, Inc.) |
| **DATE:** | 4/25/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 7 | $88.00 | $616.00 |
| Videographer - Add'l Hours - Evening Rate | 1 | $132.00 | $132.00 |
| Videosynch / Tape - Complimentary | 4 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $928.00 |
| | SHIPPING & HANDLING | $36.25 |
| | TOTAL | $964.25 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Friday, May 3, 2019 6:15 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf |

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 5/9/2019
**INVOICE #** 665808
**JOB #** 159975

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Timothy Hughes |
| **DATE:** | 4/29/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 311 | $3.90 | $1,212.90 |
| Original Transcript - 3 Day Delivery | 311 | $3.15 | $979.65 |
| Original Transcript - Evening Pages | 20 | $2.00 | $40.00 |
| Local Real-time Transcription (3) | 933 | $1.20 | $1,119.60 |
| Rough Transcript | 311 | $1.20 | $373.20 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Reporter Appearance Fee / Add'l Evening Hour - Videotaped | 0.5 | $75.00 | $37.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 164 | $0.20 | $32.80 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 24 | $2.50 | $60.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Add'l Equipment - Laptop / Ipad | 3 | $135.00 | $405.00 |
| | SUBTOTAL | | $4,360.65 |
| | SHIPPING & HANDLING | | $27.50 |
| | TOTAL | | $4,388.15 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Thursday, May 9, 2019 5:48 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf |

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC


Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 5/9/2019
**INVOICE #** 665809
**JOB #** 159975

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Timothy Hughes |
| **DATE:** | 4/29/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 7 | $88.00 | $616.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $132.00 | $66.00 |
| Videosynch / Tape - Complimentary | 4 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $862.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $889.50 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**        Endri Plaka <EPlaka@tsgreporting.com>
**Sent:**        Thursday, May 9, 2019 5:48 AM
**To:**          'capture.crowell@chromefile.com'
**Subject:**     TSG Invoices
**Attachments:** Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar
                 Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC


Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for*
*immediate assistance at the phone number above\*\*\**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 5/8/2019
INVOICE # 665754
JOB # 159129

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Zeger Bok |
| **DATE:** | 4/30/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 295 | $3.90 | $1,150.50 |
| Original Transcript - 3 Day Delivery | 295 | $3.15 | $929.25 |
| Original Transcript - Evening Pages | 6 | $2.00 | $12.00 |
| Local Real-time Transcription | 295 | $1.20 | $354.00 |
| Rough Transcript | 295 | $1.20 | $354.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Reporter Appearance Fee / Add'l Evening Hour - Videotaped | 0.5 | $75.00 | $37.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 25 | $0.20 | $5.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 15 | $2.50 | $37.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Add'l Equipment - Laptop / Ipad | 3 | $135.00 | $405.00 |
| | SUBTOTAL | | $3,384.75 |
| | SHIPPING & HANDLING | | $27.50 |
| | TOTAL | | $3,412.25 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Wednesday, May 8, 2019 6:21 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf |

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
***For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above***



# INVOICE

**DATE:** 5/8/2019
**INVOICE #** 665755
**JOB #** 159129

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Zeger Bok
**DATE:** 4/30/2019
**LOCATION:** Irvine, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 7 | $88.00 | $616.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $132.00 | $66.00 |
| Videosynch / Tape - Complimentary | 4 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $862.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $889.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**            Endri Plaka <EPlaka@tsgreporting.com>
**Sent:**            Wednesday, May 8, 2019 6:21 AM
**To:**              'capture.crowell@chromefile.com'
**Subject:**         TSG Invoices
**Attachments:**     Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar
                     Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf

Please find attached the invoices for the following :

Case : Palomar Technologies, Inc. v. MRSI Systems, LLC

Endri Plaka
Finance Associate



REPORTING

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for
immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 5/14/2019
**INVOICE #** 806797
**JOB #** 159128

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Bruce Hueners |
| **DATE:** | 5/2/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 160 | $3.90 | $624.00 |
| Original Transcript - 3 Day Delivery | 160 | $3.15 | $504.00 |
| Local Real-time Transcription (2) | 320 | $1.20 | $384.00 |
| Rough Transcript | 160 | $1.20 | $192.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 30 | $0.20 | $6.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 77 | $2.50 | $192.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Additional Equipment - Laptops | 4 | $135.00 | $540.00 |
| | | SUBTOTAL | $2,542.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,597.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Anais Gentile <agentile@tsgreporting.com> |
| **Sent:** | Tuesday, May 14, 2019 11:26 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell2.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV2.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV.pdf |

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide — Worldwide**
Corporate Headquarters
747 Third Avenue — 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
agentile@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 5/14/2019
**INVOICE #** 806798
**JOB #** 159128

| Bill To: | Crowell & Moring Accounts Payable<br>PO Box 92947<br>Pasadena, CA 91109-2947 | Ship To: | Kaman Chow<br>Crowell & Moring LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071 |
|---|---|---|---|

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Bruce Hueners |
| **DATE:** | 5/2/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 5 | $88.00 | $440.00 |
| Videosynch / Tape - Complimentary | 3 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**From:**           Anais Gentile <agentile@tsgreporting.com>
**Sent:**           Tuesday, May 14, 2019 11:26 AM
**To:**             'capture.crowell@chromefile.com'
**Subject:**        TSG Invoices
**Attachments:**    Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell2.pdf; Palomar
                    Technologies, Inc. v. MRSI Systems, LLC - CrowellV2.pdf; Palomar
                    Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies,
                    Inc. v. MRSI Systems, LLC - CrowellV.pdf

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have
any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
agentile@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription**
**services.**
*****For any information that is immediate in nature, please call our 24 Hour Client Service department for
immediate assistance at the phone number above*****



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 5/14/2019
**INVOICE #** 806801
**JOB #** 159976

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Jay Smith
**DATE:** 5/3/2019
**LOCATION:** Irvine, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 175 | $3.90 | $682.50 |
| Original Transcript - 3 Day Delivery | 175 | $3.15 | $551.25 |
| Local Real-time Transcription (2) | 350 | $1.20 | $420.00 |
| Rough Transcript | 175 | $1.20 | $210.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 82 | $0.20 | $16.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,980.15 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,035.15 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Anais Gentile <agentile@tsgreporting.com> |
| **Sent:** | Tuesday, May 14, 2019 11:26 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell2.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV2.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV.pdf |

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
agentile@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 5/14/2019
**INVOICE #** 806802
**JOB #** 159976

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Jay Smith
**DATE:** 5/3/2019
**LOCATION:** Irvine, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 4 | $88.00 | $352.00 |
| Videosynch / Tape - Complimentary | 2 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $532.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $572.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Anais Gentile <agentile@tsgreporting.com> |
| **Sent:** | Tuesday, May 14, 2019 11:26 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell2.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV2.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - CrowellV.pdf |

Hello,

Attached you will find your most recent invoice(s) from TSG Reporting. Please let me know if you have any questions and I'll be happy to assist you.


Best Regards,


Anais Gentile



**REPORTING**
**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
agentile@tsgreporting.com
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 7/19/2019
**INVOICE #** 668553
**JOB #** 163838

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Edward J. Wills |
| **DATE:** | 7/10/2019 |
| **LOCATION:** | Irvine, CA |

**Billing Comments / Instructions:**    Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 272 | $3.90 | $1,060.80 |
| Original Transcript - 3 Day Delivery | 272 | $3.15 | $856.80 |
| Local Real-time Transcription | 272 | $1.20 | $326.40 |
| Rough Transcript | 272 | $1.20 | $326.40 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard - B&W | 45 | $0.10 | $4.50 |
| Exhibits - Hard - Color | 5 | $1.50 | $7.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 45 | $0.20 | $9.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 5 | $2.50 | $12.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Additional Equipment - Laptop | 1 | $135.00 | $135.00 |
| | | SUBTOTAL | $2,838.90 |
| | | SHIPPING & HANDLING | $75.00 |
| | | TOTAL | $2,913.90 |

**Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745**
**Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708**
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Friday, July 19, 2019 7:59 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf |

Please find attached the most recent invoices from TSG Reporting.

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*** For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above***



# INVOICE

**DATE:** 7/19/2019
**INVOICE #** 668554
**JOB #** 163838

Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Edward J. Wills
**DATE:** 7/10/2019
**LOCATION:** Irvine, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 7 | $88.00 | $616.00 |
| Videosynch / Tape - Complimentary | 6 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $796.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $816.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Friday, July 19, 2019 7:59 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf |

Please find attached the most recent invoices from TSG Reporting.

Endri Plaka
Finance Associate



**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



# INVOICE

**DATE:** 9/6/2019
**INVOICE #** 671614
**JOB #** 165713

**Bill To:** Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:** Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

**CASE:** Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:** Steven G. Kunin
**DATE:** 8/28/2019
**LOCATION:** Alexandria, VA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 133 | $3.90 | $518.70 |
| Original Transcript - 3 Day Delivery | 133 | $3.15 | $418.95 |
| Local Real-time Transcription | 133 | $1.20 | $159.60 |
| Rough Transcript | 133 | $1.20 | $159.60 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 176 | $0.20 | $35.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,392.05 |
|---|---|---|
|  | SHIPPING & HANDLING | $27.50 |
|  | TOTAL | $1,419.55 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Friday, September 6, 2019 6:29 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf |

Please find attached the most recent invoices from TSG Reporting.

Regards,

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 9/6/2019
**INVOICE #** 671615
**JOB #** 165713

**Bill To:**
Crowell & Moring Accounts Payable
PO Box 92947
Pasadena, CA 91109-2947

**Ship To:**
Kaman Chow
Crowell & Moring LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **CASE:** | Palomar Technologies, Inc. v. MRSI Systems, LLC |
| **WITNESS:** | Steven G. Kunin |
| **DATE:** | 8/28/2019 |
| **LOCATION:** | Alexandria, VA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $180.00 | $180.00 |
| Videographer - Additional Hours | 4.5 | $88.00 | $396.00 |
| Videosynch / Tape - Complimentary | 3 | $75.00 | $0.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $576.00 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $603.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| **From:** | Endri Plaka <EPlaka@tsgreporting.com> |
| **Sent:** | Friday, September 6, 2019 6:29 AM |
| **To:** | 'capture.crowell@chromefile.com' |
| **Subject:** | TSG Invoices |
| **Attachments:** | Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - T.pdf; Palomar Technologies, Inc. v. MRSI Systems, LLC - Crowell - V.pdf |

Please find attached the most recent invoices from TSG Reporting.

Regards,

Endri Plaka
Finance Associate



**REPORTING**

**Nationwide – Worldwide**
Corporate Headquarters
747 Third Avenue – 10th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com
Schedule and manage your deposition calendar online at www.tsgreporting.com/scheduling
**Contact TSG Reporting to handle interpreting, foreign language translations and transcription services.**
*\*\*\*For any information that is immediate in nature, please call our 24 Hour Client Service department for immediate assistance at the phone number above\*\*\**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**INVOICE**

**DATE:** 9/6/2019
**INVOICE #** 812048
**JOB #** 167370

**Bill To:**    Robert R. Lucic Esq.
Sheehan Phinney
1000 Elm Street
17th Floor
Manchester, NH 03101

**CASE:**      Palomar Technologies, Inc. v. MRSI Systems, LLC
**WITNESS:**   Robert Louis Stoll
**DATE:**      8/29/2019
**LOCATION:**  Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 219 | $3.45 | $755.55 |
| Certified Transcript - 3 Day Delivery | 219 | $2.80 | $613.20 |
| Local Real-time Transcription | 219 | $1.75 | $383.25 |
| Rough Transcript | 219 | $1.75 | $383.25 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 397 | $0.45 | $178.65 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,358.90 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $2,388.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**