# COMPOSITE EXHIBIT C
## FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE

# COMPOSITE EXHIBIT C-1
## THIRD-PARTY VENDOR EXEMPLIFICATIONS AND COPYING

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

**THIRD-PARTY VENDOR EXEMPLIFICATIONS AND COPYING**

| DESCRIPTION OF COSTS | AMOUNT OF COSTS | DATE |
|---|---|---|
| Key Discovery - copying and binding (Sheehan) | $722.44 | 10/23/2018 |
| Key Discovery - printing (Sheehan) | $31.56 | 10/24/2018 |
| Key Discovery - printing and assembly of materials in preparation for Motions Hearing held on February 1, 2019 (D.I. 338) (Crowell) | $3,479.92 | 01/30/2019 |
| Epiq - printing and assembly of materials for the deposition of Rodney Brown taken April on 18, 2019 (Crowell) | $50.67 | 04/17/2019 |
| Inventus - printing and assembly of materials for the deposition of Rodney Brown taken on April 18, 2019 (Crowell) | $283.62 | 04/17/2019 |
| Epiq - printing and assembly of materials for the deposition of Carl Hempel taken April 25, 2019 (Crowell) | $9,363.76 | 04/18/2019 |
| Epiq - printing and assembly of materials for the deposition of John Brajkovich taken on April 23, 2019 (Crowell) | $89.79 | 04/21/2019 |
| Epic - printing and assembly of materials for the deposition of John Brajkovich taken on April 23, 2019 (Crowell) | $111.71 | 04/22/2019 |
| Epiq  - printing and assembly of materials for the depositions of Bruce Hueners taken on May, 2, 2018 and Jay Smith taken on May 3, 2019 (Crowell) | $6,013.22 | 04/30/2019 |
| Epiq - printing and assembly of materials for the deposition of Bruce Hueners taken on May 2, 2019 (Crowell) | $1,182.79 | 04/30/2019 |
| Epiq - printing and assembly of materials for the deposition of Zeger Bok taken on April 30, 2019 (Crowell) | $1,721.42 | 04/30/2019 |
| Epiq  - printing and assembly of materials for the depositions of Bruce Hueners taken on May, 2, 2018 and Jay | $6,170.85 | 04/30/2019 |

| DESCRIPTION OF COSTS | AMOUNT OF COSTS | DATE |
|---|---|---|
| Smith taken on May 3, 2019(Crowell) | | |
| NRC - scanning and bates stamping of documents for production (Sheehan) | $3,496.11 | 07/30/2019 |
| Transperfect - printing and assembly of materials in preparation for Motions Hearing held on October 1, 2019 (Crowell) | $625.93 | 09/30/2019 |
| Transperfect - printing and assembly of materials in preparation for Trial beginning on October 16, 2019 | $470.85 | 10/11/2019 |
| | **TOTAL: $33,814.64** | |



230 Congress Street, 6th Floor Boston, MA 02110 6173489360

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/24/2018 | 1810336 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/23/2018 |

**Bill To**

Sheehan Phinney Bass + Green PA
Amy Kelleher
255 State Street
5th Floor
Boston, MA 02109

Please send payment to:
KEY Discovery
PO Box 51118
Boston, MA 02205

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 10/23/2018 | 1810-364 | 42271-14978 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | Amy Kelleher |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| Blowbacks-Color | 600 | 0.79 | 474.00T |
| Custom Tabs | 84 | 0.75 | 63.00T |
| 3-ring binder (1") | 6 | 10.49 | 62.94T |
| After Hours Delivery | 1 | 85.00 | 85.00 |
| Sales Tax | | 6.25% | 37.50 |

| | |
|---|---|
| Thank you for your business. | **Total**  $722.44 |
| Payment is due upon receipt. A 1.5% late fee will be applied on past due balances | **Payments/Credits**  $0.00 |
| Tax ID # 26-2053106 | **Balance Due**  $722.44 |



230 Congress
Street, 6th Floor
Boston, MA 02110
6173489360

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2018 | 1810419 |

| Bill To |
|---------|
| Sheehan Phinney Bass + Green PA |
| Amy Kelleher |
| 255 State Street |
| 5th Floor |
| Boston, MA 02109 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/28/2018 |

Please send payment to:
**KEY Discovery**
**PO Box 51118**
**Boston, MA 02205**

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 10/24/2018 | 1810-374 | 42271-14978 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | Amy Kelleher |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| Blowbacks-Color | 30 | 0.99 | 29.70T |
| Sales Tax | | 6.25% | 1.86 |

| | |
|---|---|
| Thank you for your business. | **Total** $31.56 |
| Payment is due upon receipt. A 1.5% late fee will be applied on past due balances | **Payments/Credits** $0.00 |
| Tax ID # 26-2053106 | **Balance Due** $31.56 |



40 Court Street
2nd Floor
Boston, MA 02108
6173489360

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2019 | 1901436 |

| Bill To |
|---------|
| Crowell & Moring LLP<br>590 Madison Avenue<br>New York, NY 10022 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/2/2019 |

**Please send payment to:**
**KEY Discovery**
**PO Box 51118**
**Boston, MA 02205**

| Project Received | Project # | Client Matter # |
|------------------|-----------|-----------------|
| 1/30/2019 | 1901-434 & 446 | 114300.0000004 |
| **Case Name** | **Reference #** | **Contact Name** |
| | | Zach Ruby |

| Description | Qty | Unit Price | Amount |
|-------------|-----|------------|--------|
| Blowbacks-Color | 5,014 | 0.59 | 2,958.26T |
| Coil Bind | 10 | 4.99 | 49.90T |
| 3-ring binder (1") | 12 | 10.49 | 125.88T |
| Delivery to Intercontinental for 6am. Overnight Premium | 1 | 150.00 | 150.00 |
| Sales Tax | | 6.25% | 195.88 |

| Thank you for your business. | **Total** | $3,479.92 |
|------------------------------|-----------|-----------|
| **Payment is due upon receipt.**<br>**A 1.5% late fee will be applied on past due balances** | **Payments/Credits** | $0.00 |
| Tax ID # 26-2053106 | **Balance Due** | $3,479.92 |



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250                        For billing questions, call 913-621-9980
Dallas, TX 75312-0250                  or billing@epiqglobal.com

Payment by Wire:
Bank:                                  Silicon Valley Bank (Santa Clara, CA)
ABA Routing:                           121140399
Acct No:                               3300474842
SWIFT:                                 SVBKUS6S

**Bill-To**
Crowell & Moring LLP
Attn : Zach Ruby
1001 Pennsylvania Avenue, N.W.
Washington DC  20004-2595

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90328206 | Invoice Date | 04/24/2019 |
| Purchase Order No. | WR-726764 | | |
| Customer No. | 3000954 | | |
| Currency | USD | | |
| Contract No. | 40029246 | | |
| Contract Description | CLO0008 DC - Crowell & Moring - Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | CLO0008 | | |
| Project Number | P-1022372 | | |
| Client Matter ID | 114300.0000004 | | |

**Comments**
DOS-4/17/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA106 | Digital Prints (Blowbacks)-Slipsheets | 100 | PAG | 0.0800 | 8.00 |
| SCA100 | Printing (Blowbacks) with Assembly | 200 | PAG | 0.1200 | 24.00 |
| SCA190 | Alpha/Numeric Pre-Printed Tabs | 16 | EA | 0.2500 | 4.00 |
| SCA103 | Digital Prints (Blowbacks) Color | 12 | PAG | 0.6500 | 7.80 |
| SCA193 | File Folders | 8 | EA | 0.5000 | 4.00 |

| | |
|---|---|
| **Net Amount** | 47.80 |
| **Sales Tax** | 2.87 |
| **Total Amount Due  (USD)** | 50.67 |



CONFIDENTIAL



# INVOICE

## #INV068722

**Inventus LLC**
P.O. Box 130114
Dallas Texas 75313
(312) 376-8024

4/25/2019

**BILL TO:**
Crowell & Moring LA
515 South Flower St.
40th Floor
Los Angeles CA 90071

**Period of Service:** Apr 2019

**Case Name:** 114300.04

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 5/25/2019 | SD – San Diego | Bayer, Andrew | Kaman Chow | SD00016810 4/17/2019 | 114300.04 |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Blowbacks / Page | 114300.04 | 948 | $0.12 | Y | $113.76 |
| Pre Printed Alpha/Numeric Tabs | 114300.04 | 14 | $0.35 | Y | $4.90 |
| Blowbacks Color / Page | 114300.04 | 116 | $0.99 | Y | $114.84 |
| Manila File Folders | 114300.04 | 14 | $1.00 | Y | $14.00 |
| Custom Covers/Spines 1 Each | 114300.04 | 2 | $1.50 | Y | $3.00 |
| 1 Inch Binder | 114300.04 | 1 | $8.50 | Y | $8.50 |

| | |
|---|---|
| **Subtotal** | $259.00 |
| **Tax** | $24.62 |
| **Total** | **$283.62** |
| **Remaining Balance Due** | $283.62 |

| WIRE INFORMATION | | REMIT TO: |
|---|---|---|
| Bank Name: | Wells Fargo Bank, N.A. | Inventus, LLC |
| Bank Address: | 420 Montgomery St San Francisco, CA 94104 | P.O. Box 130114 Dallas Texas 75313 |
| Routing Number: | 121000248 | Federal Tax ID# 26-1648414 |
| Account Number: | 4609102082 | |
| Account Name: | Inventus, LLC | |
| SWIFT/BIC Code: | WFBIUS6S | |

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com. For payment inquiries please email AR@inventus.com.

1 of 1

| | |
|---|---|
| **From:** | Jo Anna Williams <jwilliams@inventus.com> |
| **Sent:** | Thursday, December 12, 2019 12:17 PM |
| **To:** | Bell, Andre; capture.crowell@chromefile.com |
| **Subject:** | RE: CROWELL & MORING |
| **Attachments:** | INV068722.pdf; INV078671.pdf |

Hello Andre,

Thank you so much for getting back to us with news that all invoices except those two INV068722 & INV078671.  Those two invoices are attached and I am looping in Capture. Crowell  as requested so that they can be processed for payment as well.

Thanks again,
**Jo Anna Williams**
*Accounts Receivable Specialist*

 **T.**  858.354.9066
 **M.** 858.354.9066

This e-mail communication contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited.

---

**From:** Bell, Andre <ABell@crowell.com>
**Sent:** Thursday, December 12, 2019 7:07 AM
**To:** Jo Anna Williams <jwilliams@inventus.com>
**Subject:** FW: CROWELL & MORING

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hi Jo Anna

The invoices below are being processed except INV68722, and INV78671.  Can you send copies of invoice INV68722 and INV78671 to capture.crowell.com?  thanks

Andre Bell
Assistant Manager, Accounts Payable
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-508-8800
Fax: 202 628-5116

---

**From:** Jo Anna Williams [mailto:jwilliams@inventus.com]
**Sent:** Wednesday, December 11, 2019 7:51 PM
**To:** Chromehelp
**Subject:** CROWELL & MORING

External Email

Hello AP,

We have several accounts with your different office locations and hoping someone can kindly lend me a hand.

As of today the following invoices listed below are still outstanding and I am hoping to see if we can find out when we can expect payment. I know that our Billing Dept. has uploaded/submitted all invoices into your capture.crowell@chromefile.com .

## CUST4385 CROWELL & MORING LA == $ 12,557.51

| DATE | DOCUMENT NUMBER | ORDERED BY | CLIENT MATTER | DAYS OPEN | TOTAL |
|---|---|---|---|---|---|
| 4/25/2019 | INV068722 | Kaman Chow | 114300.04 | 230 | 283.62 |
| 4/30/2019 | INV069279 | David Ginsberg | DXC – RE: California Office of Systems Integration | 225 | 21.85 |
| 7/31/2019 | INV074119 | David Ginsberg | DXC ? RE: California Office of Systems Integration | 133 | 21.85 |
| 8/31/2019 | INV075640 | David Ginsberg | DXC – RE: California Office of Systems Integration | 102 | 21.85 |
| 9/30/2019 | INV077181 | David Ginsberg | DXC – RE: California Office of Systems Integration | 72 | 21.85 |
| 9/30/2019 | INV077521 | David Ginsberg / Mark Deering | LEGO Systems, Inc. – Ethics Investigation | | 725,824.94 |
| 10/31/2019 | INV078671 | David Ginsberg / Mark Deering | LEGO Systems, Inc. – Ethics Investigation | | 416,594.70 |
| 10/31/2019 | INV078920 | David Ginsberg | DXC – RE: California Office of Systems Integration | 41 | 21.85 |

## CUST4244 CROWELL & MORING DC == $ 12,501.83

| DATE | DOCUMENT NUMBER | ORDERED BY | CLIENT MATTER | DAYS OPEN | TOTAL |
|---|---|---|---|---|---|
| 8/31/2019 | INV075644 | Charles Baek | Helix Electric v Archer Western?Heery | 102 | 514.97 |
| 9/30/2019 | INV077185 | Charles Baek | Helix Electric v Archer Western?Heery | 72 | 475.22 |

| DATE] | DOCUMENT NUMBER | ORDERED BY | CLIENT MATTER | DAYS OPEN | TOTAL] |
|---|---|---|---|---|---|
| 10/31/2019 | INV078767 | Requesting Attorney Yuan Zhou | Accenture / Project Union | 4 | 18,046.05 |
| 10/31/2019 | INV078768 | Michelle Coleman | Lockheed Martin - C-5 Super Galaxy Modernization REA - 051831.0001069 | 41 | 318.00 |
| 10/31/2019 | INV078922 | Laura J. Mitchell Baker | Adam Steele v United States of America | 4 | 12,507.07 |
| 10/31/2019 | INV078924 | Charles Baek | Helix Electric v Archer Western?Heery | 41 | 640.52 |

**CUST502 CROWELL & MORING NY == $ 44,760.48**

| DATE] | DOCUMENT NUMBER | ORDERED BY | CLIENT MATTER | DAYS OPEN | TOTAL] |
|---|---|---|---|---|---|
| 8/31/2019 | INV075641 | Anne Elise Herold Li | Waters Corp. v. Agilent Technologies | 102 | 27,147.07 |
| 10/31/2019 | INV078921 | Anne Elise Herold Li | Waters Corp. v. Agilent Technologies | 41 | 17,038.79 |
| 10/31/2019 | INV078923 | Robert B. Kornweiss | Arch Chemicals v Sherwin?Williams and Valspar | 41 | 574.62 |

We would greatly appreciate it if you could kindly look into matter and get back to us with an update .

Thank you,
**Jo Anna Williams**
*Accounts Receivable Specialist*

Inventus | 600 W. Broadway, Suite 340, San Diego, CA 92101

T.   858.354.9066

M.  858.354.9066

E.   jwilliams@inventus.com

W.  www.inventus.com

This e-mail communication contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited.

# Invoice

Page 1 of 1

**Epiq eDiscovery Solutions Inc**
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
**Epiq eDiscovery Solutions Inc**
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:                   121140399
Acct No:                       3300474842
SWIFT:                         SVBKUS6S

**Bill-To**

Crowell & Moring LLP
Attn : Zach Ruby
1001 Pennsylvania Avenue, N.W.
Washington DC  20004

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90329425 | Invoice Date | 04/30/2019 |
| Purchase Order No. | WR-729560 | | |
| Customer No. | 3000954 | | |
| Currency | USD | | |
| Contract No. | 40029246 | | |
| Contract Description | CLO0008 DC - Crowell & Moring - Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | CLO0008 | | |
| Project Number | P-1022372 | | |
| Client Matter ID | 114300.0000004 | | |

**Comments**
DOS-4/18/2019
Deposition of Carl Hempel

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 4,627 | PAG | 0.1200 | 555.24 |
| SCA192 | Custom Tabs | 72 | EA | 0.5000 | 36.00 |
| SCA103 | Digital Prints (Blowbacks) Color | 12,510 | PAG | 0.6500 | 8,131.50 |
| SCA193 | File Folders | 30 | EA | 0.5000 | 15.00 |
| SCA194 | Redwelds | 12 | EA | 3.0000 | 36.00 |
| SCA164 | 3 Ring Binders - 4" | 4 | EA | 15.0000 | 60.00 |

-------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 8,833.74 |
| **Sales Tax** | 530.02 |
| **Total Amount Due  (USD)** | 9,363.76 |

-------------------------------------------------------------------------------------------------------



CONFIDENTIAL

# Invoice

Page 1 of 1

**Epiq eDiscovery Solutions Inc**
777 Third Ave, 12th Floor
New York, NY  10017

| Remit to | |
|---|---|
| **Epiq eDiscovery Solutions Inc** | |
| Dept 0250 | |
| P.O. Box 120250 | For billing questions, call 913-621-9980 |
| Dallas, TX 75312-0250 | or billing@epiqglobal.com |

Payment by Wire:
Bank:                       Silicon Valley Bank (Santa Clara, CA)
ABA Routing:                121140399
Acct No:                    3300474842
SWIFT:                      SVBKUS6S

**Bill-To**

Crowell & Moring, LLP
Attn: Zach Ruby
3 Embarcadero Center 26th Floor
San Francisco CA  94111

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90329262 | Invoice Date | 04/30/2019 |
| Purchase Order No. | WR-728516 | | |
| Customer No. | 1002905 | | |
| Currency | USD | | |
| Contract No. | 40022532 | | |
| Contract Description | CLO0005 SFO Crowell & Moring Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | CLO0005 | | |
| Project Number | P-1022207 | | |
| Client Matter ID | 114300.0000004 | | |

**Comments**
DOS: 4/21/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA103 | Digital Prints (Blowbacks) Color | 52 | PAG | 0.6500 | 33.80 |
| SCA106 | Digital Prints (Blowbacks)-Slipsheets | 362 | PAG | 0.0800 | 28.96 |
| SCA160 | Photcopy-3 Ring Binders - 1" | 2 | EA | 5.0000 | 10.00 |
| SCA190 | Photocopy-Alpha/Numeric Pre-printed tabs | 20 | EA | 0.2500 | 5.00 |
| SCA193 | Photocopy-File Folders | 10 | EA | 0.5000 | 5.00 |

| | |
|---|---|
| **Net Amount** | 82.76 |
| **Sales Tax** | 7.03 |
| **Total Amount Due  (USD)** | 89.79 |



CONFIDENTIAL

# Invoice

Page 1 of 1

**Epiq eDiscovery Solutions Inc**
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300474842 |
| SWIFT: | SVBKUS6S |

**Bill-To**
Crowell & Moring, LLP
Attn: Zach Ruby
3 Embarcadero Center 26th Floor
San Francisco CA  94111

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90329264 | Invoice Date | 04/30/2019 |
| Purchase Order No. | WR-728521 | | |
| Customer No. | 1002905 | | |
| Currency | USD | | |
| Contract No. | 40022532 | | |
| Contract Description | CLO0005 SFO Crowell & Moring Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | CLO0005 | | |
| Project Number | P-1022207 | | |
| Client Matter ID | 114300.0000004 | | |

**Comments**
DOS: 4/22/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 807 | PAG | 0.1200 | 96.84 |
| SCA103 | Digital Prints (Blowbacks) Color | 4 | PAG | 0.6500 | 2.60 |
| SCA193 | Photocopy-File Folders | 1 | EA | 0.5000 | 0.50 |
| SCA194 | Photocopy-Redwelds | 1 | EA | 3.0000 | 3.00 |

| | |
|---|---|
| **Net Amount** | 102.94 |
| **Sales Tax** | 8.77 |
| **Total Amount Due  (USD)** | 111.71 |



CONFIDENTIAL

# epiQ

# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**

Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                     Silicon Valley Bank (Santa Clara, CA)
ABA Routing:          121140399
Acct No:                3300474842
SWIFT:                  SVBKUS6S

**Bill-To**

Crowell & Moring LLP
Attn : Zach Ruby
1001 Pennsylvania Avenue, N.W.
Washington DC  20004

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90329424 | Invoice Date | 04/30/2019 |
| Purchase Order No. | WR-732598 | | |
| Customer No. | 3000954 | | |
| Currency | USD | | |
| Contract No. | 40029246 | | |
| Contract Description | CLO0008 DC - Crowell & Moring - Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | CLO0008 | | |
| Project Number | P-1022372 | | |
| Client Matter ID | 114300.0000004 | | |

**Comments**

DOS-4/30/2019
Deposition of Bruce Hueners

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 972 | PAG | 0.1200 | 116.64 |
| SCA192 | Custom Tabs | 72 | EA | 0.5000 | 36.00 |
| SCA103 | Digital Prints (Blowbacks) Color | 1,408 | PAG | 0.6500 | 915.20 |
| SCA193 | File Folders | 36 | EA | 0.5000 | 18.00 |
| SCA164 | 3 Ring Binders - 4" | 2 | EA | 15.0000 | 30.00 |

| | |
|---|---|
| **Net Amount** | 1,115.84 |
| **Sales Tax** | 66.95 |
| **Total Amount Due  (USD)** | 1,182.79 |



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

| Remit to | |
|---|---|
| Epiq eDiscovery Solutions Inc | |
| Dept 0250 | |
| P.O. Box 120250 | For billing questions, call 913-621-9980 |
| Dallas, TX 75312-0250 | or billing@epiqglobal.com |
| | |
| Payment by Wire: | |
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300474842 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Crowell & Moring LLP
Attn : Zach Ruby
1001 Pennsylvania Avenue, N.W.
Washington DC  20004

| Information | | | |
|---|---|---|---|
| Invoice No. | 90329422 | Invoice Date | 04/30/2019 |
| Purchase Order No. | WR-732735 | | |
| Customer No. | 3000954 | | |
| Currency | USD | | |
| Contract No. | 40029246 | | |
| Contract Description | CLO0008 DC - Crowell & Moring - Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | CLO0008 | | |
| Project Number | P-1022372 | | |
| Client Matter ID | 114300.0000004 | | |

**Comments**
DOS-4/30/2019
Deposition of Zeger Bok

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 524 | PAG | 0.1200 | 62.88 |
| SCA192 | Custom Tabs | 30 | EA | 0.5000 | 15.00 |
| SCA103 | Digital Prints (Blowbacks) Color | 2,304 | PAG | 0.6500 | 1,497.60 |
| SCA193 | File Folders | 13 | EA | 0.5000 | 6.50 |
| SCA194 | Redwelds | 4 | EA | 3.0000 | 12.00 |
| SCA164 | 3 Ring Binders - 4" | 2 | EA | 15.0000 | 30.00 |

| | | |
|---|---|---|
| **Net Amount** | | 1,623.98 |
| **Sales Tax** | | 97.44 |
| **Total Amount Due  (USD)** | | 1,721.42 |



CONFIDENTIAL

# Invoice

Page 1 of 1

**Epiq eDiscovery Solutions Inc**
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
**Epiq eDiscovery Solutions Inc**
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:              121140399
Acct No:                      3300474842
SWIFT:                        SVBKUS6S

**Bill-To**

Crowell & Moring LLP
Attn : Zach Ruby
1001 Pennsylvania Avenue, N.W.
Washington DC  20004

| Information | | |
|---|---|---|
| Invoice No. | 90329420 | Invoice Date      04/30/2019 |
| Purchase Order No. | WR-732683 | |
| Customer No. | 3000954 | |
| Currency | USD | |
| Contract No. | 40029246 | |
| Contract Description | CLO0008 DC - Crowell & Moring - Bkt Proj | |
| Terms of Payment | Net due in 30 days | |
| Internal Reference No | CLO0008 | |
| Project Number | P-1022372 | |
| Client Matter ID | 114300.0000004 | |

**Comments**
DOS-4/30/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| SCA100 | Printing (Blowbacks) with Assembly | 2,415 | PAG | 0.1200 | 289.80 |
| SCA192 | Custom Tabs | 34 | EA | 0.5000 | 17.00 |
| SCA103 | Digital Prints (Blowbacks) Color | 8,107 | PAG | 0.6500 | 5,269.55 |
| SCA193 | File Folders | 13 | EA | 0.5000 | 6.50 |
| SCA194 | Redwelds | 10 | EA | 3.0000 | 30.00 |
| SCA164 | 3 Ring Binders - 4" | 4 | EA | 15.0000 | 60.00 |

| | | |
|---|---|---:|
| **Net Amount** | | 5,672.85 |
| **Sales Tax** | | 340.37 |
| **Total Amount Due  (USD)** | | 6,013.22 |



CONFIDENTIAL

# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:              121140399
Acct No:                    3300474842
SWIFT:                       SVBKUS6S

**Bill-To**
Crowell & Moring LLP
Attn : Zach Ruby
1001 Pennsylvania Avenue, N.W.
Washington DC  20004

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90329423 | Invoice Date | 04/30/2019 |
| Purchase Order No. | WR-732577 | | |
| Customer No. | 3000954 | | |
| Currency | USD | | |
| Contract No. | 40029246 | | |
| Contract Description | CLO0008 DC - Crowell & Moring - Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | CLO0008 | | |
| Project Number | P-1022372 | | |
| Client Matter ID | 114300.0000004 | | |

**Comments**
DOS-4/30/2019
Deposition of Tim Hughes

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 12,293 | PAG | 0.1200 | 1,475.16 |
| SCA192 | Custom Tabs | 70 | EA | 0.5000 | 35.00 |
| SCA103 | Digital Prints (Blowbacks) Color | 6,456 | PAG | 0.6500 | 4,196.40 |
| SCA193 | File Folders | 30 | EA | 0.5000 | 15.00 |
| SCA194 | Redwelds | 10 | EA | 3.0000 | 30.00 |
| SCA160 | 3 Ring Binders - 1" | 2 | EA | 5.0000 | 10.00 |
| SCA164 | 3 Ring Binders - 4" | 4 | EA | 15.0000 | 60.00 |

| | |
|---|---|
| **Net Amount** | 5,821.56 |
| **Sales Tax** | 349.29 |
| **Total Amount Due  (USD)** | 6,170.85 |



CONFIDENTIAL



# Invoice

| Date | Due Date | Invoice # |
|------|----------|-----------|
| 7/30/2019 | 8/29/2019 | 32518 |

### Bill To

Sheehan Phinney Bass & Green
1000 Elm Street, 17th Floor
Manchester, NH 03101

### Remit Payment To

NRC Legal Support, LLC
17981 Sky Park Circle Suite Q
Irvine, CA 92614
(949) 862-5290

Taxpayer ID#: 81-3257982

| Ordered By | P.O. No./Client Matter # | Rep | Terms | Job # |
|------------|--------------------------|-----|-------|-------|
| James P. Harris | Palomar vs. MRSI | SK | Net 30 | NRCOC_5448 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 7,235 | On-Site Scanning (Per Page)_Letter B&W | 0.11 | 795.85T |
| 5,385 | On-Site Scanning (Per Page)_Letter Color | 0.49 | 2,638.65T |
| 2,595 | On-Site Scanning (Per Page)_11x17 B&W | 0.49 | 1,271.55T |
| 1,726 | On-Site Scanning (Per Page)_11x17 Color | 0.99 | 1,708.74T |
| 16,941 | Electronic Bate Stamping (Image Numbering) | 0.02 | 338.82T |
| 16,941 | Electronic Bate Stamping (Image Numbering)_CONFIDENTIAL STAMPING | 0.02 | 338.82T |
| 771 | Index (File Naming) | 0.25 | 192.75T |
| 1 | FEDEX OVERNIGHT-HARD DRIVE | 80.00 | 80.00T |

Payments for any services will be due on 30th day of invoicing. A service charge of 1.5 % per month (18 per year) will be made on past due balances, plus all attorney fees, legal court cost as may be incurred to enforce collection are the responsabilities of the client. We recognize that some of our clients may be billing these expenses through to their customers. In any case, the NRC Legal Support client remains responsible to pay us in our terms regardless of their receivables.

Received and Agreed_____ Date_____

| | |
|--|--|
| Sales Tax (7.75%) | $570.80 |
| Total | $7,935.98 |
| Payments/Credits | -$4,439.87 |
| Balance Due | $3,496.11 |



**Bill To:**

Crowell & Moring LLP
Attn: Zach Ruby
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
USA

**Requested By:**

Zach Ruby
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 156674 | **Sales Contact:** | Andreas Kolazas (akolazas@transperfect.com) |
| **Invoice Date:** | 10/16/2019 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 11/15/2019 | | |
| **Contract #:** | **DM0167769** | **Purchase Order #:** | 114300.0000004 |
| **Case Name:** | 114300.0000004 | **Matter #:** | 114300.0000004 |
| **Requested Date:** | 09/30/2019 | | |

**Project Notes:**

Requested by Zach Ruby on 9/30/2019
Binders delivered to Intercontinental Hotel in Boston

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print Request in Boston** | | | | |
| 1" Ring Binder | 15.00 | Each | 6.000 | 90.00 |
| Color Printing | 665.00 | Page | 0.700 | 465.50 |
| Delivery Charge | 1.00 | Each | 35.000 | 35.00 |
| Delivery to Intercontinental Hotel Boston | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$590.50 |
| **Tax Amount:** | US$35.43 |
| **Total Amount Due:** | **US$625.93** |

---

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0167769 and Invoice # 156674 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**Please note that our address has changed**

**Bill To:**

Crowell & Moring LLP
Attn: Zach Ruby
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
USA

**Requested By:**

Zach Ruby
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 158416 | **Sales Contact:** | Andreas Kolazas (akolazas@transperfect.com) |
| **Invoice Date:** | 11/15/2019 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 12/15/2019 | | |
| **Contract #:** | **DM0169400** | **Purchase Order #:** | |
| **Case Name:** | 114300.0000004 | **Matter #:** | 114300.0000004 |
| **Requested Date:** | 10/11/2019 | | |

**Project Notes:**

Requested by Zach Ruby
Deliveries to Intercontinental Boston and 28 State Street

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print** | | | | |
| Color Printing | 426.00 | Page | 0.700 | 298.20 |
| Custom Binding | 12.00 | Each | 8.000 | 96.00 |
| GBC Binding | | | | |
| **Handling & Delivery** | | | | |
| Delivery Charge | 2.00 | Each | 25.000 | 50.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$444.20 |
| **Tax Amount:** | US$26.65 |
| **Total Amount Due:** | **US$470.85** |

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0169400 and Invoice # 158416 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2

# COMPOSITE EXHIBIT C-2
## IN-HOUSE COPY COSTS FOR CROWELL & MORING LLP

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

**IN-HOUSE COPY COSTS FOR CROWELL & MORING LLP**

| NO. OF PAGES | DESCRIPTION | AMOUNT | DATE |
|---|---|---|---|
| 452 | Copies of materials in preparation for Markman Hearing; copies of PTAB materials for team re same | $90.40 | 10/18/2018 |
| 633 | Copies of materials in preparation for Markman Hearing copies of PTAB materials for team re same | $126.60 | 10/18/2018 |
| 616 | Copies of materials in preparation for Markman Hearing; copies of PTAB materials for team re same | $123.20 | 10/18/2018 |
| 27 | Copies of materials in preparation for Markman Hearing; copies of PTAB materials for team re same (color copies) | $27.00 | 10/18/2018 |
| 433 | Copies of case law cited in Markman Briefs re preparation for Markman Hearing | $86.60 | 10/19/2018 |
| 266 | Copying of Summary Judgment materials for attorney review | $53.20 | 01/01/2019 |
| 30 | Copying of Summary Judgment materials for attorney review | $6.00 | 01/07/2019 |
| 88 | Copying of Summary Judgment materials for attorney review (color copying) | $88.00 | 01/07/2019 |
| 33 | Copying of materials in preparation for Motions Hearing held on February 1, 2019 | $6.60 | 01/29/2019 |
| 3 | Copying of materials in preparation for Motions Hearing held on February 1, 2019 | $0.60 | 01/29/2019 |
| 487 | Copying of materials in preparation for Motions Hearing held on February 1, 2019 (color copying) | $487.00 | 01/29/2019 |
| 2 | Copying of materials in preparation for Motions Hearing held on February 1, 2019 (color copying) | $2.00 | 01/29/2019 |
| 23 | Copying of materials re estoppel issue | $4.60 | 08/06/2019 |
| 188 | Copying of materials re estoppel issue (color copying) | $188.00 | 08/06/2019 |
| 778 | Copying of materials for Kramer IP Search and copying of TechMark's document productions | $155.60 | 08/09/2019 |
| 563 | Copying of materials for Kramer IP Search and copying of TechMark's document productions | $112.60 | 08/09/2019 |
| 55 | Copying of materials for Kramer IP Search and copying of TechMark's document productions | $55.00 | 08/09/2019 |
| 364 | Copying of materials for Kramer IP Search and copying of TechMark's document productions (color copying) | $364.00 | 08/09/2020 |

| NO. OF PAGES | DESCRIPTION | AMOUNT | DATE |
|---|---|---|---|
| 534 | Copying of materials re Palomar's renewed motion for summary judgment | $106.80 | 09/24/2019 |
| | | **TOTAL: $2,083.80** | |

# COMPOSITE EXHIBIT C-3
## IN-HOUSE COPY COSTS FOR SHEEHAN PHINNEY

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

**IN-HOUSE COPY COSTS FOR SHEEHAN PHINNEY**

| DESCRIPTION | AMOUNT | MONTH/ YEAR |
|---|---|---|
| Copying of materials in preparation for client meeting | $546.01 | July 2015 |
| Copying of research materials re Motion to Dismiss and prior art | $411.99 | Aug. 2015 |
| Copying of materials for Alice preparation | $150.49 | Sept. 2015 |
| Copying of materials relating to Motion to Dismiss and Motion to Stay | $570.37 | Oct. 2015 |
| Copying of materials relating to Motion to Dismiss and Motion to Stay | $12.35 | Nov. 2015 |
| Copying of materials relating to Motion to Dismiss and Motion to Stay | $1.90 | Dec. 2015 |
| Copying of IPR materials | $4.98 | Jan. 2016 |
| Copying of materials relating to Suppl. Motion to Dismiss | $11.30 | Feb. 2016 |
| Copying of materials relating to Motion to Stay | $149.76 | Mar. 2016 |
| Copying of materials in preparation for ENE Conference | $171.81 | Apr. 2016 |
| Copying of materials related to MRSI's Reply ISO Motion to Stay | $291.52 | May 2016 |
| Copying of materials related to IPR | $52.42 | June 2016 |
| Copying of materials in preparation for Status Conference | $7.98 | Jul. 2016 |
| Copying of materials related to IPR | $71.55 | Aug. 2016 |
| Copying of materials related to IPR | $47.11 | Sept. 2016 |
| Copying of materials related to IPR | $3.80 | Nov. 2016 |
| Copying of materials related to IPR | $11.56 | Dec. 2016 |
| Copying of materials related to IPR | $41.47 | Mar. 2017 |
| Copying of prior art materials | $347.06 | Apr. 2017 |
| Copying of legal research materials | $85.98 | May 2017 |
| Copying of materials in preparation for meet and confer | $181.83 | Jul. 2017 |
| Copying of materials in preparation for hearing on Motion to Dismiss | $514.00 | Aug. 2017 |
| Copying of materials in preparation for hearing on Motion to Dismiss | $27.48 | Sept. 2017 |
| Copying of legal research materials | $62,12 | Nov. 2017 |
| Copying of materials in preparation for ENE Conference | $318.93 | Jan. 2018 |

| DESCRIPTION | AMOUNT | MONTH/ YEAR |
|---|---|---|
| Copying of legal research materials | $115.25 | Feb. 2018 |
| Copying of materials in preparation for March 22, 2018 Status Conference | $496.09 | Mar. 2018 |
| Copying of materials in preparation for discovery responses | $338.63 | Apr. 2018 |
| Copying of discovery materials | $890.13 | May 2018 |
| Copying of discovery materials | $2328.14 | July 2018 |