# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PALOMAR TECHNOLOGIES, INC.,      )
     )
     )
Plaintiff,      )
     )
v.      )
     )
MRSI SYSTEMS, LLC,      )
     )
Defendant.      )

C.A. No. 1:18-cv-10236-FDS

**FILED UNDER SEAL**

## DECLARATION OF BRIAN PAUL GEARING, ESQ.
## IN SUPPORT OF MRSI SYSTEMS, LLC'S MOTION FOR
## AN EXCEPTIONAL CASE FINDING UNDER 35 U.S.C. § 285
## AND AN AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2020

Respectfully submitted,

/s/ *Brian Paul Gearing*

Brian Paul Gearing, *pro hac vice*
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor New
York, NY 10022-2544
Tel: (212) 895-4325
Fax: (212) 223-4134
Email: bgearing@crowell.com

*Attorney for Defendant MRSI Systems LLC*