# EXHIBIT C
# (Secured document)