# EXHIBIT E



# Ali Tehrani
Counsel

Washington, D.C.
atehrani@crowell.com
Phone: +1 202.624.2797
Fax: +1 202.628.5116
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595

## Practices

- Intellectual Property Litigation
- Litigation & Trial
- Appellate
- IP Prosecution & Regulatory
- IP Transactions & Portfolio Management
- Regulatory & Policy
- Post-Issuance Proceedings
- Patent Litigation
- Trade Secrets
- Trademarks & Brand Protection
- IP Transactions & Portfolio Management: Due Diligence
- Copyright
- Antitrust & Intellectual Property
- Data Rights Software & Patents
- Pharmaceutical & Biologics Litigation

*To see full list, visit crowell.com.*

**Ali Tehrani** is an intellectual property counsel in Crowell & Moring's Washington, D.C. office. His practice focuses on IP litigation in district court cases, at the appellate level before the U.S. Court of Appeals for the Federal Circuit, in post-grant proceedings at the U.S. Patent and Trademark Office (USPTO), and in International Trade Commission (ITC) proceedings.

Ali has successfully represented and counseled numerous clients in high-stakes IP disputes. He and a team of Crowell lawyers represent MRSI Systems, LLC and recently won the first-ever bench trial on the issue of IPR estoppel, held before Chief Judge Saylor of the U.S. District Court for the District of Massachusetts. Also representing Siemens in a multi-forum IP dispute involving Positive Train Control technology, Ali and a team of Crowell lawyers successfully defeated a preliminary injunction that was sought against Siemens. The Crowell team later won a jury verdict of willful infringement and a $15 million damages award. Other recent successes include winning a contempt proceeding, resulting in an award of damages and attorneys' fees for Arlington Industries.

In conjunction with his litigation practice, Ali also regularly counsels clients on:

- Joint development and collaboration agreements.
- IP rights in Artificial Intelligence systems and Digital Transformation.
- Internet-of-Things (IoT) and cyber security.
- IP portfolio development and management.
- Trade secrets protection and misappropriation matters.
- IP ownership rights.
- IP due diligence in mergers and acquisitions.
- Patent (non-)infringement or (in-)validity opinions.
- Data rights and patent rights in government contracts.
- Regulatory and legislative policy.



Prior to joining the firm, Ali worked in-house for a major Fortune 500 company. He received his law degree from The George Washington University Law School, where he studied patent law under the former chief judge of the Federal Circuit and the former deputy general counsel of the USPTO. Ali also holds an LL.M. in IP law and policy.

Ali also has an active *pro bono* practice. He has successfully represented a mother in a Hague Convention custody case at the district court and on appeal. Most recently, he represented a charter school for African-American and Latino children in an IP dispute.

**Representative Industries**

Ali has represented a wide range of domestic and international clients across a variety of industries, including:

- Computer software, cloud computing, and mobile applications
- Cryptographic systems
- Consumer electronics
- Electrical products and fittings
- Automated high-precision, high-speed die bonding and epoxy dispensing systems
- Automotive systems
- Positive Train Control systems
- Defense systems
- Telecommunication services
- Ecommerce and consumer products
- Banking and investments
- Health care, insurance, and reinsurance
- Thermoplastic materials
- Medical devices, pharmaceuticals, and nutritional supplements
- Hotels and hospitality services
- Fashion and films / motion pictures

**Admissions/Affiliations**

Admitted to practice: District of Columbia, Maryland, U.S. Court of Appeals for the Federal Circuit, District of Columbia Court of Appeals, Maryland Court of Appeals, and U.S. District Court for the District of Maryland.

**Memberships**

- American Intellectual Property Law Association
- American Bar Association



**Representative Engagements**

**District Courts**

Significant Recent Wins

- *Palomar Technologies, Inc. v. MRSI Systems, LLC*, No. 18-cv-10236 (D. Mass.): **Won** first-ever bench trial on the issue of IPR estoppel, holding MRSI is not estopped from asserting key prior art references. Representing MRSI in patent infringement action relating to automated, high-precision, high-speed die bonding systems used in telecom / datacom (data center), aerospace & defense, medical devices, computers and peripherals, and industrial applications.
- *Siemens Mobility, Inc. v. Westinghouse Air Brake Technologies Corporation*, No. 16-cv-00284 (D. Del.): **Won** a jury trial and a $15 million damages award for Siemens in a wide-ranging, multi-forum IP dispute involving Positive Train Control technology.
- *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, No. 06-cv-1105 (M.D. Pa.): **Won** summary judgment of infringement and summary judgment of damages close to $1.1 million for Arlington Industries in patent infringement action involving electrical connectors.
- *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, No. 02-cv-0134 (M.D. Pa.): **Won** contempt proceeding and obtained judgment of infringement with damages in the amount of over $2.3 million for Arlington Industries in patent infringement action involving electrical connectors.

Ongoing Representative Engagements

- *Palomar Technologies, Inc. v. MRSI Systems, LLC*, No. 18-cv-10236 (D. Mass.): Representing MRSI in patent infringement action involving automated, high-precision, high-speed die bonding systems used in telecom / datacom (data center), aerospace & defense, medical devices, computers and peripherals, and industrial applications.
- *MRSI Systems, LLC v. Palomar Technologies, Inc.*, No. 19-cv-02344 (S.D. Cal.): Representing MRSI in patent infringement action involving die, wire, and wedge bonder systems.
- *LifeNet Health v. RTI Surgical, Inc.*, No. 1:18-cv-00146 (N.D. Fla.): Representing LifeNet in patent infringement action involving composite bone graft and soft tissue graft technology.
- *Cellular Dynamics International, Inc. et al. v. Lonza Walkersville, Inc.*, No. 17-cv-02713 (D. Md.): Representing Lonza in patent infringement action involving induced pluripotent stem cells (iPSCs).

Prior Representative Engagements

- *InnoBrilliance, LLC v. Rekor Recognition Systems, Inc.*, No. 8:19-cv-02334 (S.D. Cal.): Successfully represented Rekor in patent infringement action involving license plate recognition systems.
- *The Regents of the University of California v. St. Jude Medical, LLC*, No. 16-cv-06210 (N.D. Cal.): Successfully represented The Regents in medical device patent infringement action involving radiofrequency ablation catheters and pulmonary vein isolation procedures.



- *The Regents of the University of California v. Boston Scientific Corporation*, No. 16-cv-06266 (N.D. Cal.): Successfully represented The Regents in medical device patent infringement action involving radiofrequency ablation catheters and pulmonary vein isolation procedures.
- *The Regents of the University of California v. AtriCure, Inc.*, No. 16-cv-06506 (N.D. Cal.): Successfully represented The Regents in medical device patent infringement action involving radiofrequency ablation catheters and pulmonary vein isolation procedures.
- *Arlington Industries, Inc. v. PlyGem Holdings, Inc. et al.*, No. 16-cv-00069 (N.D. Cal.): Successfully represented Arlington Industries in patent infringement action.
- *DataMotion Texas, LLC v. Citigroup, Inc.*, No. 15-cv-01721 (E.D. Tex.): Successfully represented Citigroup in patent infringement action involving cryptographic security systems.
- *Spark Networks USA, LLC v. Smooch Labs, Inc.*, No. 14-cv-9027 (S.D.N.Y.): Successfully represented Spark (owner of JDate) in patent and trademark infringement action against defendant (owner of the smartphone application JSwipe).
- *Secure Axcess, LLC v. U.S. Bank National Association*, No. 13-cv-717 (E.D. Tex.): Successfully represented U.S. Bank and T. Rowe Price against patent infringement allegations.

**Patent Trial and Appeal Board**

- *RTI Surgical, Inc. v. LifeNet Health*, Nos. IPR20019-00569, -00573 (PTAB): Representing patent owner LifeNet Health in IPR proceedings involving composite bone graft and soft tissue graft technology.
- *Bridgeport Fittings, Inc. v. Arlington Industries, Inc.*, No. PGR2018-00005 (PTAB): **Won** by obtaining denial of institution on all petitioned grounds for patent owner Arlington Industries in post-grant proceeding involving electrical connector technology.
- *St. Jude Medical, LLC v. The Regents of the University of California*, Nos. IPR2017-01338, -01339 (PTAB): **Won** by obtaining dismissal of petitions for patent owner The Regents in IPR proceedings involving technology related to pulmonary vein isolation.
- *T. Rowe Price Investment Services, Inc. v. Secure Axcess, LLC*, No. CBM2015-00027 (PTAB):  Successfully instituted a Covered Business Method Review on behalf of T. Rowe Price.

**International Trade Commission**

- *Certain Vehicular Smart Watch Systems, Related Software, Components Thereof, and Products Containing the Same*, Inv. No. 337-TA-932 (ITC):  **Won** by obtaining complainant's voluntary dismissal in ITC and district court for General Motors Company and OnStar in patent infringement case involving a smartwatch-based mobile app for controlling vehicle security and diagnostics functions.
- *Certain Carburetors and Products Containing Such Carburetors*, Inv. No. 337-TA-1123 (ITC):  Successfully represented MTD Products in ITC proceeding involving hand-held outdoor equipment.
- *Certain Radio Frequency Microneedle Dermatological Treatment Devices and Components Thereof*, Inv. No. 337-TA-1112 (ITC):  Successfully represented Lumenis and Pollogen in ITC proceeding involving radio frequency skin treatment devices.



**Appellate Courts**

- *Bridgeport Fittings, Inc. v. Arlington Industries, Inc.*, No. 2015-1616, -1617 (Fed. Cir. Mar. 17.2016): **Won** consolidated appeals for Arlington Industries from *inter partes* reexaminations, affirming the validity of two patents involving electrical connector technology.
- *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, No. 2014-1633 (Fed. Cir. Aug. 10, 2015): **Won** affirmance of the district court's claim construction, judgment of patent infringement, contempt of injunction, and award of attorneys' fees for Arlington Industries.
- *Better Food Choices, LLC v. Weight Watchers International, Inc.*, No. 2015-1304 (Fed. Cir. Nov. 9, 2015): **Won** affirmance of the district court's dismissal of plaintiff's patent infringement action for Weight Watchers.
- *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, No. 2013-1357 (Fed. Cir. Jul. 17, 2014): **Won** dismissal of an untimely interlocutory appeal for Arlington Industries.

**Education**

- Bellevue College, A.A.S. computer science (2005)
- University of Washington, B.A. political science (2006)
- University of Washington School of Law, LL.M. (2009)
- The George Washington University Law School, J.D. (2013)

**Languages**

- German (Native)

**Speaking Engagements**

- "Intellectual Property Rules
  in Government Contracts Legal Update:
  Know Your Technical Data and Patent Rights," Thompson Information Services Webinar (December 11, 2014). Presenters: John E. McCarthy, Jr., Jonathan M. Baker, Joelle Sires, and Ali Hossein Khan Tehrani.

**Publications**

- "The First DTSA Verdict: $500,000 for Misappropriation of a Fig Spread Recipe ," *Crowell & Moring's Trade Secrets Trends* (April 7, 2017). Authors: Michael J. Songer and Ali Tehrani.



- "The Growing Momentum for Federal Trade Secrets Legislation," *Crowell & Moring's Trade Secrets Trends* (August 5, 2015). Authors: Mark Klapow, Vincent J. Galluzzo, Ali Tehrani, and Stephen M. Byers.

**Alerts & Newsletters**

- "Federal Circuit Adds New Guidelines to its Oral Argument Guide," (February 3, 2020). Contacts: Ali Tehrani, Benjamin Christoff, Terry Rea
- "Federal Circuit Gives IPR Petitioners Burden of Persuasion for Proving Patentability of Amended Claims," *IP Insights* (October 9, 2017). Contacts: Deborah H. Yellin, Ali Tehrani, Kainoa Asuega
- "Federal Circuit Denies Rehearing *En Banc,* Letting Stand Apple's Permanent Injunction Against Samsung," *Intellectual Property Bullet Analyses* (December 17, 2015). Contacts: Kathryn L. Clune, Ali Tehrani
- "FTC Continues Hard Line Against Reverse Payment Patent Settlements in the Pharmaceutical Sector," *Antitrust Law Alert* (June 2, 2015). Contacts: Keith J. Harrison, Lisa Kimmel, Ph.D., Astor Heaven, Ali Tehrani
- "Belief of Invalidity Is Not a Defense to Induced Infringement," *Intellectual Property Bullet Analyses* (May 27, 2015). Contacts: Kathryn L. Clune, Mark A. Klapow, Ali Tehrani
- "Galactic Foresight Required: NASA's Proposed Rule Limits Advance Waivers to Yet-to-Be-Conceived Inventions," *Government Contracts Bullet Points* (October 23, 2014). Contacts: John E. McCarthy Jr., Jonathan M. Baker, Ali Tehrani
- "USPTO Issues Preliminary Alice Corp. Instructions and Invites Comments," *IP Insights* (July 2, 2014). Contacts: Terry Rea, Jeffrey D. Sanok, Ali Tehrani

**In the News**

- In Massachusetts Case, Judge Declares Technology Patent-Ineligible
  *June 5, 2020 — Mealey's IP/Tech*

- District Court Finds Palomar's 'Pick and Place' Patent Invalid Under 101
  *June 3, 2020 — IPWatchdog*

- MRSI Systems Wins Years-Long Litigation Against Palomar Technologies By Invalidating Palomar's "Double Pick" Patent
  *June 3, 2020 — PR Newswire*

- Judge: Estoppel Does Not Bar Patent Defense
  *May 28, 2020 — Massachusetts Lawyer's Weekly*

- Palomar Fails To Get Past Alice In Manufacturing Patent Suit
  *May 28, 2020 — Law360*



- District Court Blocks Attempt to Bar New Prior Art References Based on IPR Estoppel
  *May 14, 2020 — IPWatchdog*

- Palomar Technologies Inc. v. MRSI Systems LLC
  *May 12, 2020 — Global Legal Chronicle*

- Palomar Loses IPR Estoppel Bid In Manufacturing Patent Fight
  *May 5, 2020 — Law360*

- Siemens Train Control Patent Award Boosted To $14.2M
  *August 19, 2019 — Law360*

- Boston Scientific, St. Jude Can't Beat UC Patent Claims
  *May 31, 2017 — Law360*

- U Of California Sues Boston Scientific Over AFib Devices
  *October 31, 2016 — Law360*

- University Of California Hits St. Jude With IP Suit
  *October 27, 2016 — Law360*

- Arlington Wins $1.4M in Fees in Patent Row with Bridgeport
  *June 28, 2016 — Law360*


**Press Releases**

- LITIGATION NOTE: Crowell & Moring Wins Summary Judgment of Invalidity: Asserted Patent Claims an Abstract Idea Known for Thousands of Years (Jun.03.2020)
- LITIGATION NOTE: Crowell & Moring Wins First-Ever Bench Trial on IPR Estoppel (May.08.2020)
- LITIGATION NOTE: Crowell & Moring Client Siemens Mobility Inc. Awarded $6.7 Million in IP Suit (Jan.25.2019)
- Crowell & Moring Elects Eight New Partners and Promotes 21 Associates to Counsel (Jan.03.2019)