# EXHIBIT F



# Zach Ruby
Counsel

Washington, D.C.
zruby@crowell.com
Phone: +1 202.654.6725
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595

## Practices

- Intellectual Property Litigation
- IP Transactions & Portfolio Management
- Litigation & Trial
- Patent Litigation
- Trade Secrets
- International Trade Commission / Section 337
- Internet of Things (IoT)
- Antitrust & Intellectual Property

**Zach Ruby** is a counsel in the Washington, D.C. office of Crowell & Moring and a member of the Intellectual Property Group. He focuses on patent litigation and has experience in all stages of litigation in various venues. He has practiced before the U.S. International Trade Commission (ITC), the Court of Appeals for the Federal Circuit, various district courts, and before the U.S. Patent and Trademark Office. Mr. Ruby also has experience advising clients on intellectual property licensing, patent due diligence, and other intellectual property matters.

Mr. Ruby prides himself on litigating fast-paced, high-stakes matters for clients. He has been trial counsel in several major litigations, including before the ITC. He is comfortable with many areas of technology but his practice focuses on computer science and the electrical arts, including networking technology.

Prior to joining Crowell & Moring, Mr. Ruby worked for another prominent law firm in Washington, DC. He has also worked, as an intern, in the Office of Unfair Import Investigations of the ITC.

Mr. Ruby graduated from Duke University School of Law with a J.D. in 2014 after completing both B.A. and B.S. degrees from the University of Washington, where he graduated *magna cum laude*. There, Mr. Ruby worked as part of the Human Interface Technology Laboratory (HITLab), where he engaged in cutting-edge research involving all manner of technology.

Mr. Ruby has been named a "Rising Star" in Intellectual Property by *Super Lawyers Magazine* for 2020.

**Representative Matters**

Prior to joining Crowell & Moring, Mr. Ruby worked for another prominent law firm in Washington, D.C. There, his representative matters included:



- Trial counsel for a leading information technology company in several overlapping patent infringement investigations regarding networking devices before the ITC. Limited Exclusion Orders were issued on behalf of his client.
- Counsel for a leading consumer electronics company in a trademark investigation involving a flagship product before the ITC. After several successful motions, opposing counsel withdrew its complaint, leading to a complete victory.
- Counsel for a leading computer technology company in a patent infringement investigation regarding magnetic tape memory for archival storage before the ITC. The parties reached a favorable settlement before trial.
- Counsel for a leading biomedical/life sciences company in a patent infringement litigation involving DNA probe technology before the District of Delaware. After successful summary judgment motions practice, the asserted patents were invalidated, leading to a complete victory.
- Counsel for a leading consumer electronics company in a series of appeals before the Court of Appeals for the Federal Circuit (CAFC) regarding several post-grant proceedings before the U.S. Patent and Trademark Office involving patents for secure communications over the internet. The CAFC ruled in favor of his client and affirmed findings of invalidity for all patents at issue.

**Government Experience**
- International Trade Commission—Law Student Intern (2013)

**Admissions/Affiliations**

Admitted to practice: District of Columbia, New York, U.S. Patent and Trademark Office (USPTO), U.S. Court of Appeals for the Federal Circuit

**Professional Activities and Memberships**

- International Trade Commission Trial Lawyers Association

**Education**

- University of Washington, B.A. business administration (2011)
- University of Washington, B.S. applied and computational math science (2011)
- Duke University School of Law, J.D. (2014)

**In the News**

- In Massachusetts Case, Judge Declares Technology Patent-Ineligible
  *June 5, 2020 — Mealey's IP/Tech*



- District Court Finds Palomar's 'Pick and Place' Patent Invalid Under 101
  *June 3, 2020 — IPWatchdog*

- MRSI Systems Wins Years-Long Litigation Against Palomar Technologies By Invalidating Palomar's "Double Pick" Patent
  *June 3, 2020 — PR Newswire*

- Judge: Estoppel Does Not Bar Patent Defense
  *May 28, 2020 — Massachusetts Lawyer's Weekly*

- Palomar Fails To Get Past Alice In Manufacturing Patent Suit
  *May 28, 2020 — Law360*

- District Court Blocks Attempt to Bar New Prior Art References Based on IPR Estoppel
  *May 14, 2020 — IPWatchdog*

- Palomar Technologies Inc. v. MRSI Systems LLC
  *May 12, 2020 — Global Legal Chronicle*

- Palomar Loses IPR Estoppel Bid In Manufacturing Patent Fight
  *May 5, 2020 — Law360*

**Press Releases**

- LITIGATION NOTE: Crowell & Moring Wins Summary Judgment of Invalidity: Asserted Patent Claims an Abstract Idea Known for Thousands of Years (Jun.03.2020)
- LITIGATION NOTE: Crowell & Moring Wins First-Ever Bench Trial on IPR Estoppel (May.08.2020)
- Crowell & Moring Elects Eight New Partners and Promotes Seven to Senior Counsel and 26 to Counsel Positions (Jan.02.2020)