# EXHIBIT G



# Michelle Chipetine
## Associate

New York
mchipetine@crowell.com
Phone: +1 212.895.4221
590 Madison Avenue, 20th Floor
New York, NY 10022-2544

## Practices

- Intellectual Property Litigation
- Health Care
- Litigation & Trial
- Nonprofit & Tax-Exempt Organizations
- Patent Litigation

**Michelle Chipetine** is an associate in Crowell & Moring's New York office and a member of the firm's Intellectual Property and Health Care groups. Michelle's practice focuses on patent litigation and representing health care entities and not-for-profit corporations on a wide range of transactional, corporate, and regulatory matters. Michelle also maintains an active *pro bono* practice.

Michelle graduated *cum laude* from Fordham University School of Law, where she was a legal writing and torts teaching assistant and actively involved with Fordham's Neuroscience and Law Center. During law school, Michelle worked for Mount Sinai Innovation Partners, where she facilitated the transfer and commercialization of technologies developed by Mount Sinai researchers. Michelle also studied neuroscience at Vassar College, where she graduated *cum laude*.

**Admissions/Affiliations**

Admitted to practice: New York

**Education**

- Vassar College, B.A. neuroscience (2015) *cum laude*
- Fordham University School of Law, J.D. (2018) *cum laude*

**Speaking Engagements**

- "Pending Profanity and Bankruptcy Go Together at the Supreme Court - For Trademarks," Hon. William C. Conner Inn of Court, New York, NY (February 28, 2019). Panelists: Anne Elise Herold Li, Michelle Chipetine, and Brian McGrath.

*Attorney advertising—prior results do not guarantee a similar outcome.*



**Publications**

- "Livestock Feed Trade Secrets Case Put Out to Pasture," *Crowell & Moring's Trade Secrets Trends* (May 28, 2020). Authors: Michelle Chipetine and Molly A. Jones.
- "Scientist Pleads Guilty to $1 Billion in Trade Secret Theft," *Crowell & Moring's Trade Secrets Trends* (November 15, 2019). Authors: Michelle Chipetine and Julia Milewski.
- "Restrictive Covenants in the First Circuit," *Crowell & Moring's Trade Secrets Trends* (August 29, 2019). Authors: Michelle Chipetine and Vincent J. Galluzzo.
- "L'Oreal USA Loss Highlights Importance of Nondisclosure Agreements," *Crowell & Moring's Retail & Consumer Products Law Observer* (August 15, 2019). Authors: Anne Elise Herold Li, Michelle Chipetine and Mena Gaballah, PharmD.
- "NY Should Learn From Prop 65 Chemical-Labeling Regs," *Law360* (April 10, 2019). Authors: Kevin C. Mayer and Michelle Chipetine.
- "Restrict Covenants in the Eleventh Circuit," *Crowell & Moring's Trade Secrets Trends* (April 4, 2019). Authors: Michelle Chipetine and Astor Heaven.
- "Taking the Pulse of New Association Health Plans," *Crowell & Moring's Health Law Blog* (January 2, 2019). Authors: David McFarlane, G. Meredith Parnell, and Michelle Chipetine.

**Alerts & Newsletters**

- "U.S. Copyright Office Weighs in on "Unbalanced" DMCA Safe Harbor System," *IP Insights* (June 4, 2020). Contacts: Anne Elise Herold Li, Deirdre Long Absolonne, Michelle Chipetine
- "Testing, Testing - Doors Open at Nursing Homes? CMS Offers Guidance on How and When," *Health Care Alert* (June 1, 2020). Contacts: Brian McGovern, Michelle Chipetine
- "USPTO Provides Further Relief to Patent and Trademark Customers," *IP Insights* (May 4, 2020). Contacts: Anne Elise Herold Li, Michelle Chipetine
- "Monitoring the Operations of Patent and Trademark Offices Worldwide in Light of the Coronavirus Outbreak," *IP Insights* (Updated April 27, 2020). Contacts: Deborah H. Yellin, Michelle Chipetine
- "Coloring in the Lines – Protecting Colorful Product Packaging Just Became Easier," *IP Insights* (April 14, 2020). Contacts: Anne Elise Herold Li, James K. Stronski, David Ervin, Michelle Chipetine
- "What to Know about Patent and Trademark Procedures in Light of the Coronavirus Outbreak," *IP Insights* (April 1, 2020). Contacts: Anne Elise Herold Li, Michelle Chipetine
- "HHS Lifts Major Barriers to Telehealth to Help Reduce the Spread of COVID-19," *Health Care Alert* (March 20, 2020). Contacts: Troy A. Barsky, Jodi G. Daniel, Barbara H. Ryland, Stephanie D. Willis, Joe Records, Roma Sharma, Michelle Chipetine
- "All Aboard: New York Enacts The Women on Corporate Board Study Act," *Health Care Alert* (February 5, 2020). Contacts: Stephanie Marcantonio, Deirdre Long Absolonne, Marsena Farris, Michelle Chipetine



- "Governor Signs Legislation Increasing New York Department of Health Scrutiny Over Nursing Home Sales and Other Transactions," *Health Care Alert* (January 10, 2020). Contacts: Stephanie Marcantonio, Brian McGovern, Paul Mourning, Marsena Farris, Michelle Chipetine
- "Olaplex Dyeing to Protect its Intellectual Property," *IP Insights* (August 15, 2019). Contacts: Anne Elise Herold Li, Michelle Chipetine, Mena Gaballah, PharmD
- "No Registration Without Representation: U.S. Requires Foreign Trademark Owners to Engage U.S.-Licensed Attorneys," *IP Insights* (July 24, 2019). Contacts: Anne Elise Herold Li, Deirdre Long Absolonne, Michelle Chipetine
- "No "Backsies" – Licensors Cannot Use Bankruptcy To Claw Back Trademark Rights from Licensees Says Supreme Court," *IP Insights* (May 21, 2019). Contacts: Anne Elise Herold Li, Mark S. Lichtenstein, Ilana Lubin, Michelle Chipetine
- "Trademark Infringer Gets the Boot," *IP Insights* (May 13, 2019). Contacts: Deirdre Long Absolonne, Michelle Chipetine
- "SCOTUS Hears Oral Arguments on *Mission Product* with Mixed Reviews," *IP Insights* (February 22, 2019). Contacts: Anne Elise Herold Li, Mark S. Lichtenstein, Michelle Chipetine
- "No Money, No Problem – For the Licensor that Is. The Supreme Court and Trademark Licenses in Bankruptcy," *IP Insights* (February 20, 2019). Contacts: Anne Elise Herold Li, Ilana Lubin, Mark S. Lichtenstein, Michelle Chipetine
- "Amendments to New York NPCL Affect Sole Member Not-for-Profits: Singles Get Ready to Mingle," *Health Care Alert* (January 22, 2019). Contacts: Paul Mourning, Michelle Chipetine

**In the News**

- In Massachusetts Case, Judge Declares Technology Patent-Ineligible
  *June 5, 2020 — Mealey's IP/Tech*

- District Court Finds Palomar's 'Pick and Place' Patent Invalid Under 101
  *June 3, 2020 — IPWatchdog*

- MRSI Systems Wins Years-Long Litigation Against Palomar Technologies By Invalidating Palomar's "Double Pick" Patent
  *June 3, 2020 — PR Newswire*

- Judge: Estoppel Does Not Bar Patent Defense
  *May 28, 2020 — Massachusetts Lawyer's Weekly*

- Palomar Fails To Get Past Alice In Manufacturing Patent Suit
  *May 28, 2020 — Law360*

- District Court Blocks Attempt to Bar New Prior Art References Based on IPR Estoppel
  *May 14, 2020 — IPWatchdog*



- Palomar Technologies Inc. v. MRSI Systems LLC
  *May 12, 2020 — Global Legal Chronicle*

- Palomar Loses IPR Estoppel Bid In Manufacturing Patent Fight
  *May 5, 2020 — Law360*

**Press Releases**

- LITIGATION NOTE: Crowell & Moring Wins Summary Judgment of Invalidity: Asserted Patent Claims an Abstract Idea Known for Thousands of Years (Jun.03.2020)
- LITIGATION NOTE: Crowell & Moring Wins First-Ever Bench Trial on IPR Estoppel (May.08.2020)
- LITIGATION NOTE: Crowell & Moring Client Agilent Successfully Rebuts Preliminary Injunction Because Patent Likely Invalid (Oct.04.2019)