**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PALOMAR TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MRSI SYSTEMS, LLC, )<br>)<br>Defendant. ) | C.A. No. 1:18-cv-10236-FDS<br><br>**FILED UNDER SEAL** |

**DECLARATION OF PETER A. NIEVES, ESQ.
IN SUPPORT OF MRSI SYSTEMS, LLC'S MOTION FOR
AN EXCEPTIONAL CASE FINDING UNDER 35 U.S.C. § 285
AND AN AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2020                                    Respectfully submitted,

                                                        /s/ *Peter A. Nieves*_____
                                                        Peter A. Nieves